```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                          MIAMI DIVISION

 3                      CASE 12-20291-CR-CMA

 4   THE UNITED STATES OF AMERICA,

 5                       Plaintiff,

 6          vs.

 7   ARMANDO GONZALEZ                       MIAMI, FLORIDA
                                            JUNE 27, 2012
 8                                          WEDNESDAY - 9:30 A.M.

 9                    Defendant.
     ----------------------------------------------------------------
10
                 TRANSCRIPT OF MOTION FOR REVOCATION OF RELEASE
11            BEFORE THE HONORABLE CECILIA M. ALTONAGA
                      UNITED STATES DISTRICT JUDGE
12   ----------------------------------------------------------------
     APPEARANCES:
13
     FOR THE GOVERNMENT:
14                            STEVEN KIM, A.U.S.A.
                              WILLIAM PARENTE, A.U.S.A.
15                            United States Attorney's Office
                              99 N.E. 4th Street
16                            Miami, FL  33132
                              email:  steven.kim@usdoj.gov
17                                    william.j.parente@usdoj.gov
     FOR THE DEFENDANT:
18                            NORMAN ALLEN MOSCOWITZ, ESQ.
                              JANE WOLLNER MOSCOWITZ, ESQ.
19                            Moscowitz & Moscowitz, P.A.
                              1111 Brickell Ave., Suite 2050
20                            Miami, FL  33131   305.379.8300
                              email:  nmoscowitz@moscowitz.com
21                                    jmoscowitz@moscowitz.com
     REPORTED BY:
22                            ROBIN MARIE DISPENZIERI, RPR
                              Official Federal Court Reporter
23                            United States District Court
                              400 No. Miami Ave., Ste. 8S67
24                            Miami, FL  33128 - 305/523-5659
                              email:  robinc1127@aol.com
25
```

TABLE OF CONTENTS

Page

JULIE RIVERA ............................................... 17

     Direct Examination By Mr. Kim ......................... 17

     Cross-Examination By Mr. Moscowitz .................... 21

Reporter's Certificate .................................... 58

INDEX TO EXHIBITS

| Exhibits | Marked for Identification | | Received in Evidence | |
|----------|---------|---------|---------|---------|
| Description | Page | Line | Page | Line |

CITATION TABLE

Page

SIDEBAR CONFERENCE TABLE

| Descriptions | Page | Line |
|--------------|------|------|

1          COURT SECURITY OFFICER:  All rise.  Court is in

2     session.  The Honorable Cecilia Altonaga presiding.

3          THE COURT:  Good morning.  Please be seated.  I would

4     ask counsel to state your name for the record.

5          MR. KIM:  Stephen Kim and William Parente for the

6     United States.  Good morning, Your Honor.

7          MR. MOSCOWITZ:  Norman Moscowitz and Jane Moscowitz on

8     behalf of Armando Gonzalez who is present.  Your Honor, we are

9     making a temporary appearance.

10          THE COURT:  Good morning.  We are here on the

11     government's motion.

12          MR. KIM:  Yes, Your Honor.

13          THE COURT:  Mr. Kim, I will hear from you.

14          MR. KIM:  Your Honor, based on the facts presented

15     from Magistrate Goodman and the additional evidence presented

16     before this Court, the government argues that there is no

17     condition or combination of conditions that would reasonably

18     assure the presence of defendant at trial.

19          The government would like to make two changes to what

20     they proffered to the Court based on what has recently been

21     brought to me.

22          One is, and I relayed this to counsel this morning, in

23     the government's reply on page 3, the government states that

24     the government is presently unaware of where the Medicaid

25     monies were deposited.  That was the $1.2 million that Medicaid

1  paid.  We have recently identified the account based on an

2  electronic funds transfer payment as to the location of that

3  account.  We have recently discovered there is less than $100

4  in that account.

5          Second, Your Honor, last night agents brought to my

6  attention some jail calls that were listened to last night.

7  The government would like to bring to the Court's attention and

8  would like to proffer to the Court just two things from those

9  jail calls.

10          One was that the defendant was heard directing his

11  wife to access an account, an account that was unknown to the

12  government and is still unknown to the government, to transfer

13  money out of that account, to transfer it to someone the

14  government is unaware of but to not deposit it into one of the

15  company accounts.

16          The second thing in those jail calls the government

17  would like to proffer is that there were other accounts

18  mentioned in those calls that the government was presently

19  unaware of where the defendant made statements to the effect

20  that there were funds in those accounts.

21          THE COURT:  In other accounts that you were unaware

22  of?

23          MR. KIM:  Exactly, Your Honor.  Exactly, Your Honor.

24          THE COURT:  Was the defendant required to provide

25  pre-trial services with information regarding all of his bank

1  accounts?

2         MR. KIM:  I believe he was in North Carolina, Your

3  Honor.  I don't know if he was subsequently reinterviewed down

4  here.  I believe that information is in the pre-trial services

5  report if I recall correctly.  Counsel can correct me if I'm

6  wrong.  Pre-trial Service's report here adopted the Pre-trial

7  Services' report in Ashville.  I don't know if he was

8  reinterviewed, Your Honor.

9         THE COURT:  When was he interviewed in Ashville, do

10  you know?

11         MR. KIM:  May 2nd, Your Honor.

12         THE COURT:  Of this year?

13         MR. KIM:  Yes, Your Honor.

14         THE COURT:  That Pre-trial Services' report listed

15  whatever his assets and accounts are?

16         MR. KIM:  I don't recall, Your Honor.  I don't know if

17  it lists them out individually.  I believe there was some

18  mention of his financial condition and what he told Pre-trial

19  Services.  But I don't know if it was an individual listing of

20  the accounts, Your Honor.

21         MR. MOSCOWITZ:  Your Honor, I have the Pre-trial

22  Service report.  I would be glad to hand it up.  It does not

23  list specific accounts.  It says that he has approximately

24  $15,000 in personal accounts.  When the government says it is

25  unaware of the account, I don't know whether that account is

1    one of the accounts referenced or that the amount is included

2    in that amount.

3         There was a further Pre-trial Service interview here,

4    which I attended with Mr. Gonzalez, in which he described

5    additional corporate accounts which were not referenced

6    earlier.  Pre-trial Services said that they typically don't ask

7    about company accounts but that was disclosed in any event.

8         This is the first I am hearing of this.  Without some

9    indication that these were amounts not previously disclosed, I

10   don't know if anything should be made of it.

11        THE COURT:  Well, the call to the wife and the

12   instructions to the wife are troubling, are they not?

13        MR. MOSCOWITZ:  His wife, there is a personal account.

14   His wife is living -- the amounts in the personal accounts is

15   $15,000 using those funds.  I don't know whether, maybe he can

16   give more specificity about what type of transfers he is

17   talking about and to whom.  If it's to pay a bill, it shouldn't

18   be troubling at all.

19        MR. KIM:  Your Honor, the agent who listened to the

20   calls is present in the courtroom.  The conversation was, first

21   of all, Your Honor, they were speaking in some code.

22        Secondly, Your Honor, the reference was to transfer it

23   to someone, but not to one of the company or corporate

24   accounts.  Presumably then, Your Honor, this money in this

25   account unidentified is not a corporate account.

1          MR. MOSCOWITZ:  Can we have the name of the person to

2     whom the money is allegedly transferring to?

3          THE COURT:  Do you want to ask your client?  It's his

4     conversation that we are talking about.

5          [Counsel confers with Defendant off the record]

6          MR. MOSCOWITZ:  Your Honor, the discussion with his

7     wife -- his wife has custody of the two children.  The

8     discussion with his wife was about monies to use to pay

9     ordinary and customary household bills.  Those are the only

10    instructions he recalls giving in terms of who this other

11    person may be, he has no recollection of that.  Unless we have

12    a name, we don't know whether he is talking about paying a

13    grocery bill or something else.  If the agent heard the call,

14    then I think that could clear this up.

15         MR. KIM:  Your Honor, there were several conversations

16    regarding bank accounts.

17         MR. MOSCOWITZ:  I'm sorry, what?

18         MR. KIM:  There were several conversations regarding

19    bank accounts.  They were conversations regarding other bank

20    accounts where actual banks were named.  Those are

21    conversations where the defendant referred to providing for

22    expenses such as gas and mortgage payments, Your Honor.  That

23    was not the conversation that I alluded to earlier regarding

24    the transfer of money to an account that is not a corporate

25    account.

1           MR. MOSCOWITZ:  Your Honor, if they want to put the

2      agent on to testify for her to clarify.

3           THE COURT:  Well, why don't we hear from the agent.

4      The agent is here, right?

5           MR. KIM:  Very well, Your Honor.  Your Honor, this is

6      Special Agent Julie Rivera.

7           THE COURT:  Are these calls recorded or not?

8           MR. KIM:  They are recorded, Your Honor.

9           THE COURT:  Do you solemnly swear or affirm the

10     testimony you are about to give is the truth?

11          THE WITNESS:  Yes.

12                        DIRECT EXAMINATION

13          THE COURT:  Please, have a seat.

14     BY MR. KIM:

15     Q.  Agent Rivera, provide your first and last name for the

16     record.

17     A.  Julie Rivera.

18     Q.  Could you spell that name.

19     A.  R-i-v-e-r-a.

20     Q.  Where do you work?

21     A.  Department of Health and Human Services Office of the

22     Inspector General.

23     Q.  How long have you worked there?

24     A.  Approximately eight years.

25     Q.  Are you one of the agents involved in this case?

RIVERA - Direct

1  A.  Yes.

2  Q.  Agent Rivera, I am going to ask you specifically just about

3  certain recorded conversations regarding jail calls involving

4  the defendant.

5        Did you listen to jail recordings of phone

6  conversations that were made between the defendant and his

7  wife?

8  A.  Yes, I did.

9  Q.  When did you listen to them?

10  A.  Yesterday evening.

11  Q.  Did you listen to them with another agent?

12  A.  Yes, I did.

13  Q.  Approximately what was the date range of when those

14  recordings were made?

15  A.  Approximately 5/2 to maybe 5/8.

16  Q.  Of this year?

17  A.  Yes.

18  Q.  Were those recordings held at a facility in Ashville, North

19  Carolina?

20  A.  Yes, they were.

21  Q.  Do one of those calls -- did several of those calls

22  reference bank accounts?

23  A.  Yes, they did.

24  Q.  Did one of those calls refer to a conversation the

25  defendant had with his wife regarding the transfer of funds?

1  A.  Yes, it was.

2  Q.  Can you describe to the Court that conversation that you

3  heard.

4  A.  The defendant was instructing his wife to go to an account

5  and, apparently, the account didn't exist in the community that

6  they resided in.  So, he was instructing her that she would

7  have to transfer the money out and put it into another account,

8  and he instructed her not to put it into a company account, but

9  to put it in the name of someone else.  He did not specify who

10  that someone else was.

11  Q.  Agent Rivera, in these conversations, was there some

12  indication, either through what the defendant or how he said

13  it, that would indicate that the defendant did not want these

14  conversations to be known or completely understood?

15  A.  He was instructing his wife to speak in Spanish.

16  Q.  This specific conversation regarding the transfer of these

17  funds, did they use certain code words?

18  A.  He was instructing her on the password and he told her that

19  the password begins with the sport that he plays followed by

20  the word kid, K-I-D and the number 6 at the end.

21  Q.  Agent Rivera, were there other conversations where other

22  bank accounts were referenced?

23  A.  Yes.

24  Q.  Can you tell us about some of those conversations.

25  A.  Um, there was a conversation where there was mention of a

1   TD Bank account, and basically the wife informed the defendant

2   that she paid the mortgage from that account.

3   Q.  Any other conversations regarding any other bank accounts?

4   A.  Those are the only two that I recall.

5   Q.  Were there reference to other accounts that the government

6   was unaware about until last night?

7   A.  The two accounts that I just mentioned.

8   Q.  Other accounts that were not specifically named but were

9   referenced?

10  A.  I can't recall at this time.  I just know of those two.

11          MR. KIM:  Very good.  Nothing further on this topic,

12  Your Honor.

13          MR. MOSCOWITZ:  One moment, Your Honor.

14          [Counsel confers with Defendant off the record.]

15          MR. KIM:  Your Honor, may I ask one more question?

16          THE COURT:  Certainly.

17  BY MR. KIM:

18  Q.  Agent Rivera, do you recall references to a Fifth Third

19  Bank?

20  A.  There was mention of that name of the bank, but I can't

21  recall what the conversation was in regards to that.  There was

22  mention of the Fifth Third Bank.

23  Q.  There was reference to a Fifth Third Bank?

24  A.  Yes.

25  Q.  At the time that you listened and reviewed these phone

RIVERA - Cross

```
 1   calls, the government was unaware of the TD Bank account and
 2   the Fifth Third Bank account, correct?
 3   A.  Correct.
 4           MR. KIM:  Thank you, Your Honor.
 5           MR. MOSCOWITZ:  One moment, Your Honor.
 6                       CROSS EXAMINATION
 7   BY MR. MOSCOWITZ:
 8   Q.  Agent, have you tried to check the balances of these
 9   accounts?
10   A.  I have not.
11   Q.  When you say the government was not aware of these accounts
12   before, was inquiry made and these accounts were not disclosed?
13   A.  Can you repeat that.
14   Q.  You said the government was unaware of these accounts
15   before, did you make inquiry of them to Mr. Gonzalez and he
16   didn't disclose them?
17   A.  No.
18   Q.  Why is the government unaware of these accounts?
19   A.  We served Grand Jury subpoenas and we got back several
20   accounts from your defendant of which those two accounts,
21   obviously, weren't among those accounts that were --
22   Q.  You subpoenaed the defendant for the accounts and he didn't
23   turn them over, or you subpoenaed the banks?
24   A.  The banks, and we weren't aware of those banks.
25   BY THE COURT:
```

1  Q.  How did you know what banks to subpoena?

2  A.  I just know we subpoenaed bank records.  I don't know how

3  we got the bank records.

4  Q.  You just subpoenaed banks at random?

5  A.  No, based on the information.  The other agents on the case

6  got information on the bank accounts.  They were subpoenaing

7  bank accounts.

8  Q.  It's not that this defendant failed to disclose

9  information?

10 A.  No, that's not what I am saying.

11 BY MR. MOSCOWITZ:

12 Q.  When were the subpoenas issued?

13 A.  I don't know when they were subpoenaed.

14       MR. MOSCOWITZ:  Your Honor, Mr. Gonzalez says these

15 are new accounts, certainly prior to the day of his arrest.

16 The total in those two accounts would have been around $8,000,

17 $3,000 in one and $5,000 in the other.

18       The account, we can address this now or later, the

19 account on which he was giving his wife a password, and again,

20 the fact that they were speaking in Spanish certainly there is

21 nothing inappropriate about that.  They are both native Spanish

22 speakers.  The password would have been to a company account so

23 that she could determine more information about that account.

24       That is the account, and we have had previous

25 discussions with government counsel about this, in which the

 1    funds had been deposited, received pursuant to this lawsuit

 2    involving Medicaid funds.  Those funds still remain in that

 3    account.  I have told the government, Mr. Gonzalez has been

 4    incarcerated since May 2nd, and it is difficult getting

 5    records, as soon as I received those records I will give them

 6    the precise amount and the account information.  It is my

 7    understanding that that account in which those funds sit are a

 8    Health Care Solutions network account.  That's where they have

 9    been deposited pursuant to transfers from Florida Medicaid.

10         Your Honor may have looked and seen the declaration by

11    Mr. Pustari [phonetic], which I think is Defense Exhibit 13

12    that was submitted at the bond hearing in which he references

13    discussions in recent months with Mr. Gonzalez about how he can

14    appropriately take salaries and funds out of his company which

15    has ceased operation in January, 2011 in North Carolina in

16    August 2011.  During the time he had conversations.  They were

17    sitting there.  Mr. Gonzalez hadn't withdrawn them.  He was

18    trying to figure out the appropriate way to take monies out.

19    There were monies connected to a civil lawsuit.  I believe

20    those monies are still there.

21         If there is a concern about that account and those

22    funds, and as I said in a footnote to our pleading, even before

23    Mr. Gonzalez's initial appearance, I told government counsel

24    about those funds.  He referenced them in his Pre-trial Service

25    interview here.  They are company funds.  It's his company.  It

```
 1   is his intention to use those funds for attorneys' fees and

 2   costs in this action.

 3           Like I said, as soon as I receive the account

 4   information, I will provide it to them if there is a concern

 5   about that.  We believe the Court should uphold the order

 6   granting him bond.  I certainly have no objection assuming the

 7   Court upholds that order to delaying his release pending

 8   confirmation with the government of what those funds are.  I

 9   think we can do that within the next several days.

10           THE COURT:  Do we still need the agent here at the

11   witness stand?  Any other questions for her?

12           MR. MOSCOWITZ:  I have no other questions, Your Honor.

13           THE COURT:  Thank you, agent.

14           [Witness was excused.]

15           THE COURT:  Mr. Kim?

16           MR. KIM:  Your Honor, regarding the two accounts, the

17   allegation is that they were newly created accounts.  The

18   reference to mortgage payments on a house that was, I believe,

19   owned since 2008 would undercut the fact that they were newly

20   created accounts.

21           THE COURT:  You can open a new bank account from which

22   you pay a pre-existing mortgage.

23           MR. KIM:  Possibly, Your Honor.  Just the reference to

24   the -- well, that's true, Your Honor.

25           The unknown account, the reference in the phone
```

1   conversation was that it not go into a company account.  The

2   inference then, the clear inference is that the account that

3   those monies earn presently is not in a company account.  Any

4   monies that counsel has referenced and informed the government

5   about regarding Medicaid monies that came after this lawsuit

6   and those were in the hundreds of thousands of dollars that are

7   represented to me, if they aren't in a corporate account, the

8   government advised the Court and advised counsel the government

9   considers those illicit funds because those are Medicare

10  payments on fraudulent Medicare claims.  The government has

11  made this clear to counsel.

12          THE COURT:  Therefore, those funds can't be used to

13  pay the defendant's attorneys' fees.

14          MR. KIM:  I don't think so, Your Honor.  I think there

15  is a problem with that.

16          MR. MOSCOWITZ:  Let me cut through this.  If there is

17  a question about additional accounts which the government

18  believes are undisclosed, like I say, if the Court affirms the

19  Magistrate's order --

20          THE COURT:  I am not going to affirm the Magistrate

21  Judge's order without hearing -- we came here for a hearing

22  precisely on that question.  The government doesn't want me to

23  affirm it.  We are not beginning with the premise that I affirm

24  the Magistrate's order, and you all clear up the questions that

25  have arisen based on the conversations that occurred last

1   month.

2          MR. MOSCOWITZ:  I don't know, Your Honor.  What I am

3   saying, putting these accounts aside, if the Court is otherwise

4   inclined to affirm the order, I would certainly -- I think we

5   are just talking, I understand, about several thousand dollars.

6          THE COURT:  That's according to what your client just

7   told you today.  The government doesn't know what amounts are

8   in those funds.  The government has not subpoenaed any of these

9   bank records as to the accounts that are just disclosed.  We

10  don't know that it was an $8,000 account that was opened to pay

11  the pre-existing mortgage.

12         MR. MOSCOWITZ:  I understand.  Frankly, these

13  conversations took place in May.  It's unclear to me why again

14  this could not have been brought up at the hearing if there was

15  a concern about missing funds.  Be that as it may, this is the

16  first that I am hearing about it, and we are prepared to

17  determine exactly what those funds are.  They haven't proffered

18  what they are.  We will find out and present that to the

19  government and to the Court.

20         THE COURT:  Mr. Kim.

21         MR. KIM:  Your Honor, the recordings were obviously

22  made on or about that week, the first week in May.  There are a

23  lot of reasons why the government did not listen to it until

24  last night.  Part of it was a technical reason.  Part of it was

25  that we did not get the CD or obtain the recordings soon after

1    they were made.  Another problem was that it was a language

2    issue because part of it was in English and part of it was in

3    Spanish.  Again, I became aware of it last night.  There was no

4    attempt to withhold those.  The government was aware of the

5    substances of those conversations last night.

6         THE COURT:  I suppose the question then is do we

7    reschedule this hearing to give both parties an additional

8    opportunity to explore what these accounts are, what's in them,

9    and then we can come back and have a hearing on the merits of

10   your motion to reserve the Magistrate Judge's order.  If you

11   want me to have those accounts and consideration of those

12   accounts factored in my decision making, isn't it best to clear

13   up questions regarding those accounts?

14        MR. KIM:  Your Honor, regarding the account where we

15   do not even know the name of the bank, I don't know if

16   additional time would help the government in identifying much

17   less gathering information regarding that account because we

18   presently don't have a custodian to subpoena for those records.

19        We can infer and the government is relying on this in

20   terms of presenting it to the Court is that it was not a

21   company account and that the defendant directed the wife to

22   move funds from that account into an account that was not a

23   corporate account presumably because the government would then

24   have identified those funds and perhaps seized them.  So I

25   don't know if additional time would aid the Court.

1        THE COURT:  We don't know how much we are talking

2   about.  Are we talking about a paltry $8,000, or are we talking

3   about an account that holds $500,000.  Isn't that significant?

4        MR. KIM:  The two accounts that were potentially at

5   the TD Bank and the Fifth Third Bank -- Your Honor, if the

6   government is able to subpoena those records, it might take

7   some time to get those records back.  It might be helpful to

8   have those records, Your Honor.  The government; however, for

9   today's hearing is relying mostly on the fact of the

10  conversation, the fact that there was this direction to

11  transfer funds in an apparent attempt to conceal them from the

12  government.

13       MR. MOSCOWITZ:  Your Honor, the only transfer that I

14  have heard relates to payments for household expenses.  Without

15  more, I don't believe there is any reason to find that

16  inappropriate or of concern.

17       THE COURT:  I don't believe the agent said that it

18  related to household expenses.

19       MR. MOSCOWITZ:  I'm sorry, that's what I thought I

20  heard.

21       THE COURT:  No, she is moving her head in the

22  negative.  She did not.  It was your client who told you that.

23       MR. MOSCOWITZ:  Can I just ask the agent?

24       THE COURT:  Certainly.  She is still under oath.  She

25  just needs a microphone.

```
 1              Agent, if you would come forward.  We just need to
 2  have her speak into the microphone.
 3              THE WITNESS:  Are we talking about the account where
 4  he is instructing her to transfer the money?
 5              MR. MOSCOWITZ:  Yes, what was it transferred out of?
 6              THE WITNESS:  He didn't specify.  He instructed her to
 7  take the money from the unidentified account and not putting it
 8  into a company account but putting it into someone else's name.
 9  He never specified what it was going to be used for.
10              MR. MOSCOWITZ:  Did he specify what the amount was?
11              THE WITNESS:  No, he did not.
12              MR. KIM:  The government argues that the fact that
13  they are putting it in the name of someone else goes to another
14  fact that is the concealing.
15              MR. MOSCOWITZ:  Your Honor, I understand that the
16  concerns that are raised by this testimony.  I believe it is
17  rather vague.  We propose either, as the Court has suggested,
18  that the hearing be put off until we determine if this is of
19  significance or not, or if the government wants to proceed, I
20  don't think it should be taken into account.  It is too
21  imprecise and too vague.  It could be totally innocent.  Simply
22  to drop the hearing at this time without knowing what we are
23  talking about -- we have alleged we are not talking about a
24  substantial amount of money.  That determines if it is material
25  or not.
```

1          THE COURT:  Do you want time or not?  In other words,

2   this would factor into my decision-making that he is directing

3   his wife to transfer funds out of an unknown account to someone

4   else's name, don't put it into a corporate account.  I have to

5   wonder why.  Only your client can explain why, and what the

6   amount is of the transfer is not that immaterial.  The fact is

7   he doesn't want the government to know about it.  He doesn't

8   want the government to be aware of that fund of money.  It's

9   not to pay a mortgage.  Yes, it would factor into my

10  decision-making particularly with the fact that the

11  government's motion of your client's funds, deception and so

12  forth.

13          MR. MOSCOWITZ:  Excuse me, Your Honor, one second.

14          [Defense counsel and Defendant confer off the record.]

15          MR. MOSCOWITZ:  Your Honor, I understand the issues

16  that the Court has raised.  I think, first of all, I don't know

17  that the government can fairly argue that he is seeking to keep

18  it from you, but whatever it is I would ask for additional time

19  so we can clear it up and either it matters or it doesn't in

20  terms of us finding out what the amounts are and what the

21  accounts are.

22          THE COURT:  How much time would you like?

23          MR. MOSCOWITZ:  Your Honor, I would ask for a week.

24          THE COURT:  Would you like me to reset this hearing --

25  actually, we can hear the remaining arguments and just address

 1  this issue next week when we are all gathered, next Friday,

 2  July 6 at 9:00.  You have the intervening July 4th weekend, so

 3  that may cause you some delay.

 4          MR. MOSCOWITZ:  Okay, Your Honor.  Thank you.

 5          THE COURT:  Why don't we hear the remaining arguments.

 6  I reviewed the transcript of the hearing that was held before

 7  the Magistrate Judge.

 8          MR. KIM:  Your Honor, there were additional facts with

 9  regard to the circumstances under which Witness 1 and Witness 2

10  relayed the threatening remarks to agents including the date on

11  which they were provided to agents.

12          The government proffers that Witness 1 relayed the

13  details of the comments on May 15th, and that Witness 2 relayed

14  the specifics of the threatening remarks on June 12th.

15          THE COURT:  After the defendant was already in

16  custody?

17          MR. KIM:  Exactly, Your Honor.

18          Now, the circumstances under which these remarks were

19  initially relayed preceded those dates, but were still posed

20  Your Honor, regarding Witness 1, again that is set forth in the

21  government's papers.  I first learned about them at Witness 1's

22  initial appearance when counsel for Witness 1 approached me and

23  relayed Witness One's concern subsequently on May 15th.  That's

24  when we were able to sit down with Witness 1, and that's when

25  Witness 1 provided the detailed statements to agents.

1          Regarding Witness 2, Witness 2 was having discussions

2    with an agent who is not on this case about a completely

3    different matter.  When the topic arose to potential fears,

4    Witness 2 indicated well, he wasn't afraid of these people, but

5    he was afraid of one person, and he mentioned the defendant.

6    That's when that agent made contact with my agents, and that's

7    when we sat down with him on June 12th and he provided the

8    details.

9          Again, as set forth in the government's papers the

10   government is unaware of any communications between Witness 1

11   and Witness 2.  The government argues that the circumstance of

12   these threats came to our attention of unsolicited -- it goes

13   to the credibility, in terms of the credibility of the threats

14   themselves.

15         Regarding the additional facts on the fraudulent

16   proceeds, this is an additional fact, but it's not entirely

17   new.  The 10.3 figure provided in the initial papers to

18   Magistrate Judge Goodman, the government stands by that figure.

19   The 5.8 is a subset of the 10.3.  It takes out certain expenses

20   as set forth in the papers, credit card payments, payments to

21   things that appear to be personal purchases, the government

22   just backed that out.

23         The 5.8 figure, which is again a subset of that 10.3

24   comprises monies to the defendant to entities owned and

25   controlled by the defendant including Psychiatric Consultant

1    Network, Procare, MidMed to the defendant's wife and then, of

2    course, just withdrawn as cash in that the cash withdrawals are

3    approximately $502,000.  That is an additional fact although

4    that is a subset of the initial 10.3 before Judge Goodman.

5          There were additional facts regarding the defendant's

6    involvement in Psychiatric Consultant Network and Procare

7    regarding his position in those companies to indicate that he

8    controlled the companies including the fact that he was a

9    signature on both of those accounts along with his wife.

10         There were additional facts regarding the tax

11   documents provided to Magistrate Judge Goodman.  There was an

12   additional term in 2008 which referenced PCN the government

13   proffers documents relative to that, that in 2008 the tax

14   return for the defendant's company in Miami listed payments to

15   Procare in the approximate amount of $378,000, I believe.

16   Procare, of course, is in the name of the defendant and his

17   wife, and in that 2008 return for the not-for-profit entity in

18   Miami, listed the expenses to Procare as for billing services

19   and as an independent contractor.

20         The government believes it did that in order for it to

21   qualify as a not-for-profit entity when in fact, Your Honor,

22   Procare was owned and controlled by the defendant and his wife

23   and they are the signature tours on that account.

24         If you look at the 2008 individual return, submitted

25   to Judge Goodman, it does not list any company much less

1   Procare.  There is no mention of any monies coming from

2   Procare, and in that same 2008 return for the not-for-profit

3   entity, it refers to some monies that were paid to the

4   defendant as administrator.  That money is not mentioned in the

5   file by the defendant and his wife.  So the government argues

6   this is further evidence that the defendants attempted to

7   conceal the fact that he is getting these monies through these

8   companies and hiding the nature of his relationship to those

9   companies.

10          Additional clarification regarding the -- Oh, going

11   back to the -- some of the reports.  The profit and loss

12   statements submitted by the defendant to Magistrate Judge

13   Goodman was 2008, and it was for the North Carolina facility.

14   The government proffered the 2008 profit and loss statement for

15   the Miami company.  In that it showed a few things that the

16   government pointed out.  One of which was that -- one of it

17   showed payments to the shell corporations again which were not

18   providing any of the services that they entered into agreements

19   for.

20          Secondly, they showed as expenses, the so-called

21   Medicare bad debt.  The Medicare bad debt is again that 20

22   percent co-payment that the plaintiff was part of a lawsuit to

23   recover and there was a settlement.  He would otherwise be

24   entitled, based on that lawsuit to that 20 percent co-payment.

25          Again, the government contends that any co-payment on

1  fraudulent claims are fraudulent claims -- fraudulent proceeds,

2  and that it was inappropriate to list that as an expense, but

3  that also underscores the government's argument that he is

4  attempting to show that these are legitimate expenses when, in

5  fact, they are not.

6        Again, the two attachments are two of the claims that

7  were submitted for these Medicare bad debts which have not yet

8  been settled.  Those are for years 2010 and 2011.  There were

9  additional claims previous to that.  Some of those monies were

10 actually paid out.

11       The defense counsel has advised the government that

12 several hundred thousand dollars of that money has been paid

13 out.  The government has attempted to locate those funds.

14 Counsel has indicated he will disclose to the government the

15 location of those funds once it is known to defense counsel.

16 We still don't know where those funds are, Your Honor.  But if

17 released, the defendant would presumably have access to, at the

18 very least, those hundreds of thousands of dollars which the

19 government contends are illicit proceeds.

20       I believe, Your Honor, those are most of the

21 additional facts that the government proffers in addition to

22 what was previously proffered to Magistrate Judge Goodman.

23       THE COURT:  One of the factors that the Court

24 considers is the nature and circumstances of the offense and

25 the weight of the evidence.  I believe you indicated to

 1    Magistrate Judge Goodman that you calculate the defendant's

 2    advisory guideline range, given his prior criminal history, to

 3    be 360 to life?

 4            MR. KIM:  That's correct, Your Honor.

 5            THE COURT:  That's if he goes to trial?  That's on all

 6    counts?

 7            MR. KIM:  That is if he is found guilty on all counts.

 8    That calculation includes enhancements, of course, that the

 9    government would be seeking based on his role.

10            THE COURT:  Sophistication?

11            MR. KIM:  Exactly, Your Honor.  Sophistication not

12    only for the underlying offense but sophisticated money

13    laundering.  That 360 to life calculation presumes that the

14    government would get all of those additional enhancements it

15    would seek if we went to trial and won on all counts.

16            THE COURT:  Any additional arguments, Mr. Kim, that

17    you would like to present?

18            MR. KIM:  No, Your Honor.

19            THE COURT:  Thank you.

20            MR. KIM:  Thank you, Judge.

21            THE COURT:  Mr. Moscowitz.

22            MR. MOSCOWITZ:  Thank you, Your Honor.  Your Honor, I

23    will try to summarize my arguments briefly.

24            THE COURT:  This is de novo review, is it not?

25            MR. MOSCOWITZ:  It is, Your Honor.  I think that is an

```
 1    important point whether it is characterized as a motion to

 2    revoke or essentially this is de novo review of a finding by

 3    the Magistrate at the hearing, and the standard for factual

 4    findings is reversal would be clearly erroneous.  I think that

 5    matters here, Your Honor.  I am going to address the claim for

 6    the merits but also procedurally.

 7              THE COURT:  Is the standard clearly erroneous?

 8              MR. MOSCOWITZ:  Factually, yes, Your Honor.

 9              THE COURT:  If I am considering this de novo, then the

10    Magistrate Judge's findings deserve no deference, right?

11              MR. MOSCOWITZ:  It's my understanding, looking as a

12    whole, mixed findings of law and fact it's a de novo review

13    specifically with regard to factual findings on the standards

14    of whether it is clearly erroneous or not.

15              MR. KIM:  Your Honor, I believe the standard is de

16    novo review means de novo review.  That means the Court can

17    take the factual findings in addition to considering other

18    evidence.

19              THE COURT:  Did the Magistrate Judge make factual

20    findings?  In the transcript he did not.

21              MR. MOSCOWITZ:  No, he did not.  He felt the

22    government didn't meet the evidentiary standards.

23              THE COURT:  So there are no factual findings.  There

24    are no factual findings for me to review and agree with or

25    disagree with under any standard.  We are basically starting
```

1    off anew here.

2            MR. MOSCOWITZ:  We are, but it still is nonetheless

3    review --

4            THE COURT:  A conclusion.

5            MR. MOSCOWITZ:  Of the evidence presented at the

6    hearing.  The Court is, of course, free to take additional

7    evidence, it is your discretion, if it determines that

8    additional evidence is required.

9            What the government has done here, not only has it

10   offered additional evidence, it has substantially changed the

11   allegations and the evidence which presented to the Magistrate.

12   It is even contradicted as you heard sworn testimony presented

13   to the Magistrate.  I think it is appropriate for the Court to

14   take that fact into account in determining how to value or

15   weigh the evidence which the government is presenting.

16           Let me go through where I think the differences are.

17   With regard to risk of flight, below they allege that

18   Mr. Gonzalez was a Cuban national.  He was a risk of flight to

19   Cuba.  It turns out he was born in Cuba.  Came here when he was

20   four years.  He is a United States citizen.  He was naturalized

21   in 1983.  In the papers it says 1994.

22           The agent conceded at the hearing that there is no

23   indication that he has ever gone back to Cuba.  His passport

24   shows no travel to Cuba.  Although they say in the pleading to

25   the Court there is no official record.  There is no record of

 1   his going to Cuba.  His only travel abroad in the last five

 2   years is a honeymoon and a family trip in 2010 to Atlantis.

 3        The government conceded under oath that there is no

 4   indication that he has any monies overseas, that he made any

 5   attempt to transfer money overseas.  There is no basis to argue

 6   that he is a flight risk to Cuba.  Based on his family history,

 7   his father was a Cuban prisoner.  He would never go back to

 8   Cuba.  His family ties are here.  His mother is here who is in

 9   Miami.  His sons, he has four children.  They are all here in

10   the United States and are United States citizens.

11        With regard to the alleged threat to witnesses, the

12   government put this agent on the stand under oath.  She

13   testified that these statements, these threats, were made some

14   time in 2011.  She testified that other witnesses were

15   interviewed and no other witnesses that the government

16   interviewed had a knowledge of these threats.

17        Now, in contradiction of her testimony, they are

18   proffering statements, reports that show that these threats

19   were reported to them after Mr. Gonzalez was arrested.

20        THE COURT:  I don't see the contradiction.  Her

21   testimony is that the threats were made in 2011.  Mr. Kim's

22   proffer is that some time in May and June they were approached

23   by these witnesses' counsel and were advised of those

24   pre-existing threats.

25        MR. MOSCOWITZ:  No, Your Honor.  Her testimony was

1  that the interview took place in 2010.  Let me find that.

2         MR. KIM:  Not to interrupt, I believe it occurs on

3  page 38 of the transcript.  Just to clarify what was asked and

4  answered, I don't mean to interrupt, all right, both of these

5  interviews took place about a year ago.

6         Answer:  It could be, yes.

7         The witness thought that the interviews referred to

8  one of the interviews, and the agent believed that Witness 1

9  was interviewed some time before the indictment.

10        On redirect examination, the witness clarified she did

11 not know when those interviews took place.  Subsequently, I

12 showed the agent the date of Witness 1's interview and that

13 refreshed her memory.  Not withstanding that, this

14 communication affects really the substances of why the

15 government was proffering those threats.

16        MR. MOSCOWITZ:  Your Honor, here is what her testimony

17 was.  I asked her:  Now when did these interviews take place?

18        Some time in 2011.  Okay, I don't have the exact date.

19    Sorry.

20        Was it some time over a year ago?

21        Yeah.

22        All right, both of these interviews took place about a

23    year ago?

24        It could be, yes.

25        There was no clarification by the agent on redirect.

1   Mr. Kim, and I will read it.  He led her to indicate that it

2   was incorrect and she agreed with his leading questions.

3          The government made a choice below to put an agent on

4   the stand, under oath, to provide a basis for an allegation

5   that there were threats.  They chose an agent who, across the

6   board, had very little knowledge about the evidence in this

7   case.  It seems to me, the facts are what they are, and I will

8   proffer these reports, but that says something about the way

9   this hearing was conducted that they were prepared to take a

10  risk to put on someone who didn't know what the facts were.  I

11  believe they should be held to that.

12         What has not changed even if these interviews took

13  place several weeks ago, first of all, I asked her did she have

14  any knowledge about the credibility witnesses.  No, she hadn't

15  interviewed them.  She hadn't spoken to the agent who did

16  interview them.  Of course, the witnesses were not present in

17  court.  We were not given the names of the witnesses, their

18  identities or anything about them.

19         She did concede, this is a fact, that one of the

20  witnesses is a corporate defendant who has plead guilty.  The

21  other one acknowledges he is involved in fraud.  Mr. Kim

22  intends to have this person also in the plea.  That

23  substantially affects the credibility of the allegations for

24  both of them.

25         I think even if the change in when the interviews took

 1  place which is somewhat disturbing that it's a different story

 2  than what was given under oath by the agent, I suggest there is

 3  no evidence or there are serious questions about the

 4  credibility of these claims by witnesses who had motives to say

 5  things that are incriminating of Mr. Gonzalez.

 6       I also asked, since the allegation is that these

 7  threats were against people cooperating generally, employees,

 8  whether others were interviewed.  The agent indicated that

 9  there were other employees who were interviewed.  I asked did

10  anyone go back and see if they had heard any threats.  The

11  answer was she didn't know.  It was never proffered.

12       I asked:  How many interviews were done?

13       I believe there were other employees interviewed.

14       Was there any indication that anyone besides these two

15    employees who are again not particularly credible, were

16    aware that threats were made?

17       We don't know.

18       That struck me as a relevant matter to pursue.

19       I think in terms of proof by clear and convincing

20  evidence that Mr. Gonzalez threatened witnesses, this was not a

21  credible showing.  Even today with this change, I don't believe

22  that the evidence is very compelling to suggest that these

23  threats took place.

24       Now, the other area in which there is a change is with

25  regard to funds, the monies and these other companies that the

 1    government is referring to.  Below, they suggested that there

 2    were over $20 million in Medicare funds that were received and

 3    are missing.  They said those funds were largely missing.  To

 4    suggest that he had millions and millions of dollars available

 5    to him in the event that he were to flee.

 6          Putting aside what we heard this morning which we need

 7    to clarify.  There is no indication that Mr. Gonzalez is

 8    sitting on a pile of money.  He told Pre-trial Services that he

 9    had approximately $15,000.  His company's building in North

10    Carolina where they provide, did their services, it has been in

11    foreclosure since January.  His own residence, which has a

12    mortgage of $450,000, apparently its value is less than that.

13          There is no indication that he has millions of dollars

14    available to him, and they have no direct knowledge of it.

15    Instead they proceeded by inferences that they asked the Court

16    to draw from the Medicare funds received.  The allegation was

17    at first $20 million received, it's missing.  We show and the

18    agent conceded that whether the government thinks these are

19    legitimate businesses or not, clearly they believe they are not

20    legitimate, nonetheless these are operating businesses which

21    had the ordinary expenses and overhead of all businesses.

22          We produced as an example, profit and loss statements

23    for the entities from 2008.  The government produced its own

24    copy of the PNL from 2008 from the MidMed company here in

25    Miami.  They have that because those PNLs for Miami were

1   submitted on an annual basis to the government.  They show how

2   funds were received and expended.  We put on the declaration of

3   the accountant.  If you look at the PNL's, they add up to 27.

4   something million dollars in expenditures.

5          The government's version that it is missing, just,

6   there is no basis for it.  Now, they say they no longer claim

7   that it is missing.  They say it is dissipated and spent.  The

8   issue for purposes of this hearing is whether it was spent and

9   whether it is now available to Mr. Gonzalez for fleeing.

10         Below they said it was $10.3 million without any basis

11  to what the foundation is.  Now the number is reduced to $5.3

12  million.  Again, that number is not monies paid to

13  Mr. Gonzalez.  It's a combination of monies paid to him and

14  monies paid to his management companies which were separate

15  companies receiving funds from the Medicare entities.

16         Now, the government I think is confusing two issues.

17  They argue the companies were shelves.  They did provide

18  legitimate services.  That's an argument and that clearly is an

19  issue that goes to merits on the indictment.  The purpose of

20  this hearing, this determination, the question is are those

21  monies paid to him and are they hiding some place or not.

22  Also, are they hiding where they were declared.

23         We put on evidence showing that monies transferred to

24  these entities was properly shown on PNL statements.  Those

25  entities filed tax returns and declared what they received.

1   The monies transferred from those entities to Mr. Gonzalez were

2   similarly shown on his tax return.  He filed taxes in which he

3   showed he declared income.  That's the missing piece.

4        Even as late as their filing yesterday, they have made

5   incorrect statements about his tax returns.  They said last

6   night that there is $150,000 that is missing from his 2008 tax

7   return, money he received from the health care services network

8   in Miami.

9        Your Honor, that is not correct.  On Government's

10  Exhibit 7, which is his tax return, in addition to the

11  distributions on the K1 side, it shows income received of

12  $156,000.  The issue is money hidden, not declared, and the

13  only evidence before the Court is that monies which were

14  transferred were properly declared.

15       With regard to this other entity, Procare, yes,

16  Procare is shown on an annual basis receiving monies.  There is

17  no indication though that that monies were not properly

18  declared by Procare on its taxes and properly dispensed.  The

19  fact that monies from Procare are not shown -- there is no

20  further showing of a distribution to Mr. Gonzalez may well mean

21  that no such monies were, in fact, distributed from Procare.  I

22  would proffer that there were no monies distributed to

23  Mr. Gonzalez from Procare in 2008.

24       The issue is not whether the monies were transferred.

25  Indeed they were.  The issue is whether they were properly

1  accounted for.  The only evidence before Magistrate Goodman and

2  this Court is the question of whether there are monies

3  unaccounted for, the only evidence is monies which were paid by

4  Medicare were properly accounted for.  The mere fact that the

5  transfer itself is not indication that they were improperly

6  handled.

7       Again, that $5.3 million figure, as counsel has

8  stated, if you break it down some component of it, I would

9  suggest a large component are monies paid to the entities.  The

10 issue is were those monies hidden, not declared, not regarded

11 as taxes and there is no indication that's the case.

12      We come to the last piece which is Medicaid monies,

13 the $1.28 million which is now referenced for the first time

14 before Your Honor.  At the hearing below, again the number

15 keeps changing, at the hearing before Magistrate Judge Goodman,

16 counsel said the matter is 5. something million dollars in

17 Medicare fraud.  Now it's down to $1.28 million.

18      Let me address the issue of the Medicare funds.  As we

19 laid out in the pleading, Your Honor, the filing that is made

20 to Medicare is for the total fees entitled under the Medicare

21 contract, fees for services.  Medicare pays -- there is a 20

22 percent co-payment, which is either paid by private insurance

23 personally, or if the recipient is eligible by Medicaid is to

24 be paid Medicaid.  Medicare pays 80 percent.  On the PNLs, the

25 amount not paid by Medicare is reflected as Medicare bad debt.

1  That is, as I understand it, my accounting is not that

2  sophisticated, monies that you believe in any business you are

3  entitled to which you are not paid is reflected as bad debt.

4  If at a later date it is paid, then it comes in as income.  It

5  is an appropriate classification to call that money in 2008,

6  bad debt.  It was not paid in 2008.

7        What this is about at the end of 2008, early 2009, a

8  lawsuit was filed by counsel, civil counsel who does Medicare,

9  health care work, on behalf of a whole number of Medicare

10  providers who were not receiving Medicaid co-payments from the

11  State of Florida.  That was filed as a mandamus action against

12  the state.  Payments under that lawsuit were first received,

13  there was an agreement reached some time I believe in 2010 that

14  OCOA would make payments pursuant to that mandamus action.

15  Payments were first made on a rolling basis some time in late

16  2011, early 2012.

17        Those are the monies which we discussed with counsel.

18  Those are the monies which are, as I understand it, in a

19  company account.  We have had some difficulty identifying the

20  precise amount in the account given that Mr. Gonzalez is

21  incarcerated since May 2, but that's what those funds are.

22  They haven't been hidden.  He referred to them, disclosed that

23  fact in his Pre-trial services interview here.  There is no

24  mystery about it.  It was appropriately accounted for on the

25  PNLs.

1      We have agreed and told the government that it would

2  be appropriate for Mr. Gonzalez to use these funds to pay

3  attorneys fees and cost.  He first owes, the company owes a

4  substantial amount to civil counsel in fees out of those funds

5  for that case.

6      Whether it's appropriate or not to use that, that's a

7  matter which we, of course, want to address and resolve, and

8  they are not going to be used for any purpose until that matter

9  is addressed.  I wish to point out [A], those monies are in a

10  company account.  You have heard that the government has had

11  access to those accounts.  The government, when it filed its

12  indictment here, there was no restraining order filed on

13  Mr. Gonzalez's funds.  I think there is a lis pendens filed on

14  his house.

15      Now, once we have raised the argument that we believe

16  these funds can be appropriately used for attorneys' fees, now

17  the government is addressing that we actually shouldn't.  That

18  is something of a concern.  We can address that at a later

19  date.  The fact is there are no funds that the government shows

20  are missing and available to Mr. Gonzalez.  His ties are here.

21  He probably has disclosed what he has.  They have not met their

22  burden that he is a risk of flight or that he is a danger.

23      I just want to discuss briefly the conditions that

24  Judge Magistrate Goodman set.  The conditions he set are quite

25  stringent and impose substantial controls on Mr. Gonzalez.  He

1   first requires a number of people, family to be sureties and a

2   long time friend to be solvent sureties to sign on his bond.

3   In addition, his cousin, who signed his surety, Mr. Boa, a

4   retired Miami police officer, is a monitor to see Mr. Gonzalez

5   every day to ensure that he is where he is supposed to be and

6   doing what he is supposed to be doing.  If there is any

7   indication that he has violated his condition of bond, to

8   report that to the Court.  That is an additional condition.

9        Moreover, he is on home detention, electronic

10  monitoring.  He can only leave his brother-in-law's house for

11  the medical visits, legal visits and going to church.

12  Otherwise he is locked down.  Those conditions, Your Honor,

13  appropriately are sufficient to ensure that he is not a flight

14  risk.

15       Again, the government wishes to detain him pre-trial

16  for what will be a substantial period of time whether six

17  months, eight months or a year depriving his liberty.  It

18  should do so only if it satisfies the burden.  We believe that

19  it has not met its burden.  Thank you, Your Honor.

20       THE COURT:  Thank you.

21       Mr. Kim.

22       MR. KIM:  Your Honor, just very briefly in reply.

23  Your Honor, the government fully concedes that Agent Rivera did

24  not remember the date when Witness 1 spoke with agents about

25  the details of those threats.  What is important, Your Honor is

1   that the substance of those threats are uncontradicted except

2   for the part of denial.  The government has unredacted versions

3   of those reports, can provide them to the Court which provides

4   the date --

5        THE COURT:  Have you provided them to defense counsel?

6        MR. KIM:  I have not, Your Honor.

7        THE COURT:  Do you have redacted versions for defense

8   counsel?

9        MR. KIM:  I do, Your Honor.

10       THE COURT:  Why don't you give defense counsel

11  redacted versions and let me see them myself.  One of main

12  arguments is these defendants lack credibility and their

13  self-interest and lack of cooperation with the government.

14       MR. MOSCOWITZ:  Counsel says these are uncontradicted

15  threats.

16       THE COURT:  They are uncontradicted because you

17  haven't had the opportunity to cross-examine them.

18       MR. MOSCOWITZ:  Plus, we proffer they weren't made.

19  If a threat isn't made, how could we contradict it.

20       THE COURT:  Right.  I understand.  Why don't we take a

21  look at the redacted reports.

22       MR. KIM:  If I may approach?

23       THE COURT:  Yes, please.

24       MR. KIM:  Your Honor, I have handed the Court and

25  counsel an entire report of Witness 2 and the relevant portion

 1   Witness 1.

 2         MR. KIM:  Your Honor, the government maintains that

 3   simply by virtue of the fact that Agent Rivera forgot the date

 4   of when Witness 1 provided the date to agents does not undercut

 5   her testimony.

 6         MR. MOSCOWITZ:  What?

 7         THE COURT:  Simply because Agent Rivera forgot the

 8   date of when Witness 1 provided the date to the agents does not

 9   undercut her testimony.

10         MR. KIM:  Which is based on these reports which the

11   Court now has.

12         THE COURT:  So the agent was testifying based on her

13   recollection of what these reports contained, but she didn't

14   have them available to her at the hearing before the Magistrate

15   Judge to refresh her recollection?

16         MR. KIM:  Exactly, Your Honor.  In all fairness, the

17   government did not proffer these redacted reports to Magistrate

18   Judge Goodman.

19         Not only that Your Honor, now, Your Honor, regarding

20   the figures, just to clarify, it appears that defendant

21   represented to Pre-trial Services that he had $15,000 available

22   to him.  It now appears uncontradicted that there are several

23   hundred thousand dollars in Medicaid funds which are out there

24   and the government is still waiting to hear where those funds

25   are.  All those funds, again, the government argues are

1  co-payments on fraudulent payments of illicit proceeds.  The

2  defendant misrepresented the funds available to him to

3  Pre-trial services.

4       Secondly, Your Honor.  The government maintains that

5  the defendant lied to the IRS in terms of the money that he was

6  reporting.  The 2008 tax return that was submitted to Judge

7  Goodman does report $156,000 earned from the entity in North

8  Carolina.  The $150,000 that was not returned was from the

9  entity in Miami.  Those are two different funds.  The $156,000

10 in North Carolina is not filed with his return that he filed

11 with his wife.

12      In the Miami return there was over $370,000 in

13 compensation paid to Procare, an entity owned by the defendant

14 and his wife.  In the joint return submitted to the Court, even

15 if they loss money -- Procare is not even mentioned anywhere

16 much less a loss.  I don't know see how $378,000 paid to a

17 company that did not do anything, that they would have lost any

18 money.  They didn't even report the money, Your Honor.

19      It was proffered to Magistrate Judge Goodman that

20 Procare, as represented to the IRS, was for billing.  It was

21 proffered to Magistrate Judge Goodman that Procare did no such

22 thing, did not do any billing.

23      THE COURT:  Did Procare have employees?

24      MR. KIM:  Your Honor, as far as the government knows,

25 it was owned and operated by the defendant and his wife.  Had

1    the same address as Health Care Solutions, one of the Health

2    Care Solutions entities in Miami.  Again, Procare was not the

3    defendant's billing.

4            Now, in addition to misrepresenting to the IRS and

5    arguably providing only a narrow set of documents.  Again,

6    these are documents -- not even all the tax documents for 2008,

7    but just three select ones related to the North Carolina

8    facility the first year they moved up there.  In terms of the

9    amount of billing year by year, the amount of Medicare money

10   that went to the North Carolina facility, that was one of the

11   lowest years of revenue.  The Court knows this because it can

12   compare this to the 2008 PNL statement for the Miami entity

13   which reported $4.4 million in Medicare.  The defense did not

14   disclose to Magistrate Judge Goodman.

15           In addition to that, Your Honor, the defendant lied to

16   Medicare about the nature of Procare PCN.  The defendant

17   represented in a questionnaire form 339 stated that he did not

18   have a business relationship with an entity that he was related

19   to.  Your Honor --

20           MR. MOSCOWITZ:  Excuse, Your Honor, these are new

21   arguments now?

22           MR. KIM:  These were in the government's papers.  I

23   believe the government even quoted from -- it's on page 6.  In

24   the government's motion for revocation and release order.  The

25   government quotes from form 339 which the defendant signs when

1    he says he has no business relationship with a related entity

2    which is relevant for many purposes.  He lied to Medicare in

3    terms of the fact that he was the signatory on the companies

4    that weren't doing anything.  He had to, for IRS purposes,

5    that's why he listed them as independent organizations on his

6    tax returns.  Those are the documents which the defendant is

7    presenting to the Court to say his business is legitimate.

8         There has been no change in the 1.28 Medicaid figure,

9    Your Honor.  From the outset, the government has maintained

10   that the paid amount is over $228 million that was Medicare and

11   Medicaid.  The $1.28 that was paid by Medicaid, the government

12   has never wavered from that.  Maintains that's the figure.

13   That's the number provided by Medicaid.

14        THE COURT:  Where is that $1.2 million?

15        MR. KIM:  Your Honor, that is what I referred to right

16   from the get-go in the papers the government state that we did

17   not know where those monies were deposited.  We subsequently

18   have found the EFT agreement which led to a CitiBank account.

19   We checked the balance on that.  The balance is less than $100.

20   That money is --

21        THE COURT:  Gone.

22        MR. KIM:  As far as we know, Your Honor.

23        THE COURT:  And you don't know where?

24        MR. KIM:  That is correct, Your Honor.

25        MR. PARENTE:  We received from counsel for Medicaid an

1  EFT agreement.  We subpoenaed those accounts.  We don't have

2  the transactional data.  We did check with bank officials, and

3  the account is less than $100.

4         THE COURT:  I'm sorry, when was that money deposited

5  into the account?

6         MR. PARENTE:  Your Honor, we don't have the

7  transactional data.  This is the information we received from

8  Medicaid.  This is if electronic funds were transferred to

9  Medicaid into health solutions, it would have gone into the

10 account.

11        THE COURT:  We don't know what month, what year it was

12 done in?

13        MR. PARENTE:  We requested that from Mr. Moscowitz and

14 he has not been able to provide that.  I would ask at the

15 hearing of July 6 that we would be provided with that

16 information.  I probably will be handling it for Mr. Kim.  It

17 really goes to the strength of the government's argument, Your

18 Honor.  If this defendant is let out on some sort of bond, he

19 will access what Mr. Moscowitz has represented to the

20 government hundreds of thousands of dollars.  We haven't gotten

21 any specificity in terms of the amount of the money.

22 Significantly more than $15,000 that is up in North Carolina.

23        MR. MOSCOWITZ:  I have got the pre-trial services

24 report here.  In the affidavit he reported having $15,000 in

25 savings.  He advised $73,000 has a mortgage balance of

1    $410,000.

2         THE COURT:  Home worth was what?

3         MR. MOSCOWITZ:  He says $750,000, which has a mortgage

4    balance of $410,000.  The defendant says he has over $1 million

5    in debt.  I spoke with government's forfeiture counsel, and

6    it's the Marshal's evaluation that the house may have a market

7    value less than the mortgage on.  They may, in fact, based on

8    that, decided to remove the lis pendens on the house.

9         I agree the issue of whether there are additional

10   accounts he has monies, the issue of the Medicaid funds is a

11   matter that needs to be determined, but that's something that I

12   would ask to address those specific funds by next week.  Like I

13   said, we disclosed that those funds have been sent by accurate

14   can a in the last year to the company.  It should be in a

15   company account.  I don't understand why the government who has

16   access to all the accounts is unaware of it.  Certainly, we

17   intend to clear that up and bring it to the Court's attention.

18        We keep coming back to the issue of whether he is

19   properly declaring funds or not.  Exhibit 7, we are talking

20   about the same tax return.  It shows business income, $156,000.

21   It doesn't say that it is received from North Carolina.  I

22   don't know where Mr. Kim sees that.

23        What we showed on the return is first of all, in

24   addition to that there is supplemental income, rent income of

25   $56,000.  With regard to the K1s from Health Care Solution Net

1 of North Carolina, there was a loss of $138,141.  In addition

2 to the K1 showing a gain from Psychiatric Consulting Network,

3 $89,519.  So those monies are in addition to the $156,000 that

4 Mr. Kim wants to look at again and clarify.

5          MR. KIM:  Your Honor, the defendant received two 1099s

6 in 2008.  One had a Florida address.  One had a Miami address.

7 One was for 150.  The other was for 156.  The defendant, in the

8 tax document he submitted to Magistrate Judge Goodman, had only

9 the 156 figure.  We know of the 150 figure because he received

10 a 1099 for it, and it's in the 2008 return for the Miami entity

11 which reports income paid to the defendant in that amount.

12          MR. MOSCOWITZ:  Do you have the 1099?

13          Sorry, Your Honor.

14          THE COURT:  It's all right.

15          MR. KIM:  Your Honor, I do have.

16          MR. KIM:  Your Honor, if the Court wishes to have it,

17 I have the 2008 return for the health care solutions entity in

18 Miami but not the alleged not-for-profit entity which list

19 $150,000 in reportable compensation to the defendant which is

20 not reported in the other return.  This also listed the

21 $378,000 in compensation paid to Procare as an independent

22 contractor.  I can proffer this to the Court if the Court

23 wishes to review it.

24          THE COURT:  I will accept your proffer.

25          MR. MOSCOWITZ:  Your Honor, what is the basis which he

```
 1   says that was not reported?  I am looking at line 12 which
 2   shows business or income of loss on the 1040 shows $156,000.
 3              MR. KIM:  The government maintains that's the income
 4   from a different entity.  The 156 is from the North Carolina
 5   entity or different entity or something else.  It's not this
 6   $150,000 that is reported in this 2008 return.
 7              MR. MOSCOWITZ:  All right, Your Honor, I have nothing
 8   further.  I believe they're misreading the return.
 9              Your Honor, may I address the threat?
10              THE COURT:  Certainly.
11              MR. KIM:  Your Honor, on that document, if the Court
12   turns to pages 7 and 8.
13              MR. MOSCOWITZ:  Which one are you on?
14              MR. KIM:  Page 7 and 8 in the document that I just
15   handed you.  This is the 2008 not-for-profit return.
16              That's compensation for this entity, Your Honor.  The
17   compensation in the return submitted to the Court, which lists
18   156, is from a different entity.  That return should have
19   included this income.
20              Your Honor, the point of the government in making this
21   argument is simply that the document submitted to the Court
22   didn't portray a full picture of even 2008, and these documents
23   underscore the government's position which is that these are
24   part of a scheme to defraud the government and why he is a
25   flight risk because, if released on bond, he may attempt to
```

 1  flee based on his prior disregard for -- based on his prior

 2  concealment to government authorities.

 3       MR. MOSCOWITZ:  Your Honor, may I respond to this

 4  specifically?

 5       THE COURT:  Yes.

 6       MR. MOSCOWITZ:  It is the last time I will regard to

 7  the tax return.  He keeps saying there is another $156,000 from

 8  North Carolina.  If he can show it, I would like to see it.  He

 9  asserts it but he doesn't show it.  What we presented it was

10  not misleading.  We presented the tax returns of these entities

11  and his personal return to show that monies were properly

12  accounted for.  We have also presented declarations from the

13  accountant talking about the total funds received from Medicare

14  over the seven-year period which we told ran approximately $26

15  million and another declaration that the total expenses were

16  over $27 million.

17       As I said earlier, all of those PNLs were available to

18  the government.  The time to have rebutted it, if those PNLs

19  were incorrect, was then.  They had that available This is

20  nothing new.

21       The fact that the Miami PNL shows over $4 million

22  received in Medicare funds was properly disclosed.  We put in a

23  schedule showing how much was paid each year to each Medicare

24  entity.  I believe that is Defense Exhibit 4.  It shows year by

25  year, Miami and North Carolina.  Nothing was disclosed or

 1    misrepresented.  This was simply given as an example.

 2         The government again, I believe, continues to

 3    misunderstand the issue.  It's their argument that these

 4    arrangements are illegitimate.  That goes to the merits.

 5    That's a different point than whether the funds were simply

 6    dissipated and spent and they haven't shown that.  They simply

 7    argue that repeatedly.

 8         Your Honor, with regard to these reports handed to

 9    you, it would have been good I think if the agent had seen them

10    before the hearing as well as we have.  I think there is no

11    reason to put an agent under oath who knows so, so little

12    evidence.  They chose to put on an agent who knew too little

13    and consequently they presented incorrect evidence.

14         As I read these reports, they do not disclose -- first

15    of all, we would say they are not true, but they don't disclose

16    that he made threats, as what was represented to the Court, to

17    these witnesses.

18         The first one, which is dated May 15th, that during

19    the summer of 2011, Armando Gonzalez told X that a former

20    employee, Ben Ferguson, had called local news and complained

21    about Manny and his North Carolina company regarding having a

22    bad work experience and receiving bad checks.  Then supposedly

23    said in Miami he would have been found floating in the river

24    for making comments like that.

25         We don't think it's true this is short of what they

 1   are claiming is threatening government witnesses.  This is

 2   somebody who made a complaint about making a bad work

 3   experience and writing bad checks.  This doesn't sound like a

 4   threat.  This sounds like someone who was disgruntled about the

 5   payments that he received.

 6          With regard to the other one, it's as I understand it,

 7   this person who, I believe his name is -- this his name in the

 8   third paragraph that you just failed to black that out?

 9          MR. KIM:  Yes.

10          MR. MOSCOWITZ:  Your Honor, this matters, I am not

11   handing this to my client.  If you look at the report handed to

12   you dated June 12, five down, second line, according to X.

13   This is somebody who was employed for a brief period by

14   Mr. Gonzalez's companies.  He is somebody who I believe, and

15   correct me if I'm wrong, entered into an agreement with the

16   government.  He was cooperating with this and cooperated in

17   other cases on behalf of the government.  Mr. Gonzalez's

18   argument with him is over the fact not that he was reporting to

19   the government but that he was marketing to ALFs and he was

20   stealing Medicare beneficiaries to take them.

21          This is some dispute as to whether -- I mean, on its

22   face, the disagreement between them was over whether this

23   fellow was doing his job appropriately or he was doing

24   something that that he shouldn't have been doing.

25          The other paragraph is Mr. Gonzalez displaying himself

1   as a Mafioso the fact that he was carrying cash out in paper

2   bags, the way he carried himself.  I don't think that's

3   credible.  I think it's ludicrous.

4          Next paragraph, according to this person, Gonzalez got

5   in troubled.  Mr. Gonzalez was employed at a hospital.  He

6   previously was employed at hospitals.  As we proffered at the

7   hearing, Your Honor, Mr. Gonzalez's experience before this was

8   in various health care aid and also drug counseling -- that he

9   got in trouble because of an employee and waited for him in the

10  parking lot of the hospital and beat him with a baseball bat.

11         If Mr. Gonzalez, given his criminal record, had beaten

12  someone on the hospital grounds with a baseball bat, I think

13  there would be some report of that.  He would not be able to

14  continue working in hospitals and in drug programs the way he

15  had done until he began these companies in 2004.  The fact that

16  this person, who is of limited credibility, makes that kind of

17  allegation, I don't believe it should be taken seriously.  The

18  fact that it goes on to say he was going to take care of this

19  and that, people bad mouthing the company, people that

20  threatened to contact Medicare, Gonzalez used to say that he

21  was going to take care of them.

22         I would ask the government if they could proffer,

23  besides these two people, who I believe had limited

24  credibility, did they interview other employees.  Did other

25  employees provide information?  Did they say that Mr. Gonzalez

```
 1   did anything inappropriate or threatening to discourage them
 2   from talking to the government?
 3        THE COURT:  Mr. Kim?
 4        MR. KIM:  I'm sorry, Your Honor, what was the
 5   question?
 6        THE COURT:  Did other employees provide information or
 7   did other employees say that the defendant said anything
 8   inappropriate to them besides these two witnesses?
 9        MR. KIM:  Your Honor, I believe, and before I answer
10   that question, the government has not, since these threats were
11   made, reinterviewed everybody regarding these threats.  The
12   government believed that these two were sufficient.
13        Having said that, Your Honor, I believe that other
14   witnesses made references to fearing the defendant.  How many
15   of those?  I recall at least two or three other witnesses who
16   made references to the defendant portraying this Mafioso type
17   figure and had expressed some fear, but again, I did not
18   believe that we had to go into exploring -- I don't believe,
19   Your Honor, that all the witnesses were asked about these
20   threats.  But yes, more than these two witnesses have expressed
21   some fear of the defendant.
22        Now, the government has disclosed to counsel, it was
23   in the papers to Judge Goodman, and it is in the papers before
24   this Court, to that Witness 2 signed agreement and that both
25   witnesses have admitted participating in this scheme.  That is
```

1    what it is, Your Honor.  These statements are what they are.

2         I appreciate defense counsel's point that this is a

3    pre-trial detention hearing, and it's not a trial on the merits

4    which is why when the government received, at the hearing,

5    after Agent Rivera testified, the defendant's Exhibits 1

6    through 22, the government did not, at that point, obviously

7    have a chance to go through its documents and provide

8    everything in response to those documents, but that's why the

9    government is also limiting its response and papers to the

10   Court just to the other documents the government had for 2008

11   to show that even the documents that were submitted in 2008, A,

12   they were inaccurate.  B, they showed, again concealment to a

13   government authority; and C, because they were not the complete

14   documents.  Even in 2008 they underscored his pattern of deceit

15   and concealment.

16        Regarding the 156 and 150 figure, again, Your Honor,

17   the government maintains that the 156 reported in the tax

18   return submitted to Magistrate Judge Goodman is different than

19   the 150 that is reported from the 2008 return for the

20   not-for-profit entity.  If that is important to the Court, the

21   government can provide additional documents regarding the

22   sources of those different funds, but Your Honor, the

23   government maintains this is not, as counsel mentioned, this is

24   not a trial on the merits were the government to show that the

25   2008 report under-reported his income.

1          So again, it shows a pattern of deceit and

2   concealment.  Regardless of what comes out where the other

3   hundreds of thousands of Medicare appear, Your Honor.  What

4   does not change is the defendant lied to pre-trial services

5   about the money he had out there, under-reporting it

6   representing to Pre-trial Services that he had approximately

7   $15,000 out there.

8          Regarding the Cuban national allegation, Your Honor, I

9   don't think it's that important.  But the government was making

10  that argument to reflect that he was born in Cuba.  If I were

11  born in the United States and if I left and gained residency in

12  other country, I could come back to the United States by virtue

13  of my birth in this country.  That is what the government meant

14  by Cuban national.

15         If I used the term "national" in the wrong way, that's

16  not what the government meant.  The government concedes it is

17  unaware of any travel overseas, but that is not the basis of

18  that particular argument, Your Honor.

19         For all of those reasons, the government maintains

20  that he is a flight risk and a danger to the community.

21         MR. MOSCOWITZ:  Your Honor, I have no further

22  argument.

23         Can the Court direct the government to give me copies

24  of the two telephone recordings which the agent testified about

25  so I can hear them, and we can make a recommendation and

```
 1   determination to the Court back on Monday?

 2          THE COURT:  Mr. Kim?

 3          MR. KIM:  Your Honor, it's not that the government is

 4   trying to hide that, it's just that for purposes of a PT

 5   hearing, it's not meant to be a discovery.  We would have

 6   otherwise disclosed that to counsel.

 7          THE COURT:  We are reconvening next week so that the

 8   defendant can give me more information on the accounts on those

 9   conversations.

10          MR. KIM:  We will go ahead and disclose those

11   statements, Your Honor.

12          MR. MOSCOWITZ:  Can I get those tape recordings prior

13   to the hearing?

14          THE COURT:  That's my assumption.

15          MR. KIM:  We will get the recordings to counsel as

16   soon as we can, Your Honor.

17          THE COURT:  All right.  I will see you all Friday.

18   You all have a good day.

19          I'm sorry, I believe the parties have a report later

20   today with the Magistrate Judge report re: counsel and

21   arraignment.  Why don't we publish that now.

22          MR. MOSCOWITZ:  It was at 10:00.

23          THE COURT:  So it's gone.

24          MR. MOSCOWITZ:  I ask that I be put over also, that we

25   are not in a position to arraign the defendant or present an
```

```
 1  appearance.
 2          THE COURT:  All right.  We will address that at our
 3  next hearing.  Thank you.
 4              [Proceedings conclude at 11:20 a.m.].
 5                  C E R T I F I C A T E
 6      I hereby certify that the foregoing is an accurate
 7  transcription of proceedings in the above-entitled matter.
 8
                        /S/  ROBIN MARIE DISPENZIERI
 9  _____      _____
    DATE FILED          ROBIN MARIE DISPENZIERI, RPR
10                      Official Federal Court Reporter
                        United States District Court
11                      400 No. Miami Ave., Ste. 8S67
                        Miami, FL  33128 - 305/523-5659
12                      Email:  robinc1127@aol.com
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**A**

able 19:6 22:24 46:14 53:13
about 6:7,16,17 7:4,8,12 8:10 9:2
  10:24 11:6 13:21,23,25 14:13,21,24
  15:5 16:5,17 17:5,15,16,22 19:2,2,3
  20:3,23,23 21:7 22:21 23:2 31:5,22
  32:6,8,14,18 33:3 36:5 38:7,24
  40:24 44:16 47:20 50:13 51:21 52:2
  52:4 54:19 56:5,24
above-entitled 58:7
abroad 30:1
accept 48:24
access 4:11 26:17 39:11 46:19 47:16
according 17:6 52:12 53:4
account 4:1,3,4,11,11,13 5:25,25 6:13
  6:25,25 7:24,25 10:4,5,7,8 11:1,2
  12:1,2 13:18,19,22,23,24 14:3,6,7,8
  14:21 15:3,21,25 16:1,2,3,7 17:10
  18:14,17,21,22,22,23 19:3 20:3,7,8
  20:20 21:3,4 24:23 29:14 38:19,20
  39:10 45:18 46:3,5,10 47:15
accountant 35:3 50:13
accounted 37:1,4 38:24 50:12
accounting 38:1
accounts 4:15,17,20,21 5:1,15,20,23
  5:24 6:1,5,7,14,24 7:16,19,20 9:22
  10:22 11:3,5,7,8 12:9,11,12,14,18
  12:20,20,21,22 13:6,7,15,16 15:16
  15:17,20 16:17 17:3,9 18:8,11,12
  18:13 19:4 21:21 24:9 39:11 46:1
  47:10,16 57:8
accurate 47:13 58:6
acknowledges 32:21
across 32:5
action 15:2 38:11,14
actual 7:20
actually 21:25 26:10 39:17
add 35:3
addition 26:21 28:17 36:10 40:3 44:4
  44:15 47:24 48:1,3
additional 3:15 6:5 16:17 18:7,16,25
  21:18 22:8 23:15,16 24:3,5,10,12
  25:10 26:9,21 27:14,16 29:6,8,10
  40:8 47:9 55:21
address 13:18 21:25 28:5 37:18 39:7
  39:18 44:1 47:12 48:6,6 49:9 58:2
addressed 39:9
addressing 39:17
administrator 25:4
admitted 54:25
adopted 5:6
advised 16:8,8 26:11 30:23 46:25
advisory 27:2
affects 31:14 32:23
affidavit 46:24
affirm 8:9 16:20,23,23 17:4
affirms 16:18
afraid 23:4,5
after 16:5 17:25 22:15 30:19 55:5
again 13:19 17:13 18:3 22:20 23:9,23
  25:17,21,25 26:6 33:15 35:12 37:7
  37:14 40:15 42:25 44:2,5 48:4 51:2
  54:17 55:12,16 56:1
against 33:7 38:11
agent 6:19 7:13 8:2,3,4,6,15 9:2,11
  10:11,21 11:18 12:8 15:10,11 19:17
  19:23 20:1 23:2,6,22 30:12 31:3
  31:12,25 32:3,5,15 33:2,8 34:18
  40:23 42:3,7,12 51:9,11,12 55:5
  56:24
agents 4:5 8:25 13:5 22:10,11,25 23:6
  40:24 42:4,8
ago 31:5,20,23 32:13
agree 28:24 47:9
agreed 32:2 39:1
agreement 38:13 45:18 46:1 52:15
  54:24
agreements 25:18
ahead 57:10
aid 18:25 53:8
ALFs 52:19
allegation 15:17 32:4 33:6 34:16
  53:17 56:8
allegations 29:11 32:23
allege 29:17
alleged 20:23 30:11 48:18
allegedly 7:2

ALLEN 1:18
alluded 7:23
along 24:9
already 22:15
although 24:3 29:24
Altonaga 1:11 3:2
AMERICA 1:4
among 12:21
amount 6:1,2 14:6 20:10,24 21:6
  24:15 37:25 38:20 39:4 44:9,9
  45:10 46:21 48:11
anew 29:1
annual 35:1 36:16
another 9:11 10:7 18:1 20:13 50:7,15
answer 31:6 33:11 54:9
answered 31:4
anyone 33:10,14
anything 6:10 32:18 43:17 45:4 54:1,7
anywhere 43:15
apparent 19:11
apparently 10:5 34:12
appear 23:21 56:3
appearance 3:9 14:23 22:22 58:1
APPEARANCES 1:12
appears 42:20,22
appreciate 55:2
approach 41:22
approached 22:22 30:22
appropriate 14:18 29:13 38:5 39:2,6
appropriately 14:14 38:24 39:16
  40:13 52:23
approximate 24:15
approximately 5:23 8:24 9:13,15 24:3
  34:9 50:14 56:6
area 33:24
arguably 44:5
argue 21:17 30:5 35:17 51:7
argues 3:16 20:12 23:11 25:5 42:25
argument 26:3 35:18 39:15 46:17
  49:21 51:3 52:18 56:10,18,22
arguments 21:25 22:5 27:16,23 41:12
  44:21
arisen 16:25
Armando 1:7 3:8 51:19
arose 23:3
around 13:16
arraign 57:25
arraignment 57:21
arrangements 51:4
arrest 13:15
arrested 30:19
Ashville 5:7,9 9:18
aside 17:3 34:6
asked 31:3,17 32:13 33:6,9,12 34:15
  54:19
asserts 50:9
assets 5:15
assuming 15:6
assumption 57:14
assure 3:18
Atlantis 30:2
attachments 26:6
attempt 18:4 19:11 30:5 49:25
attempted 25:6 26:13
attempting 26:4
attended 6:4
attention 4:6,7 23:12 47:17
attorneys 15:1 16:13 39:3,16
Attorney's 1:15
August 14:16
authorities 50:2
authority 55:13
available 34:4,14 35:9 39:20 42:14,21
  43:2 50:17,19
Ave 1:19,23 58:11
aware 12:11,24 18:3,4 21:8 33:16
a.m 1:8 58:4
A.U.S.A 1:14,14

**B**

B 55:12
back 12:19 18:9 19:7 25:11 29:23 30:7
  33:10 47:18 56:12 57:1
backed 23:22
bad 25:21,21 26:7 37:25 38:3,6 51:22
  51:22 52:2,3 53:19

bags 53:2
balance 45:19,19 46:25 47:4
balances 12:8
bank 4:25 7:16,19,19 9:22 10:22 11:1
  11:3,19,20,22,23 12:1,2 13:2,3,6,7
  15:21 17:9 18:15 19:5,5 46:2
banks 7:20 12:23,24,24 13:1,4
baseball 53:10,12
based 3:14,20 4:1 13:5 16:25 25:24
  27:9 30:6 42:10,12 47:7 50:1,1
basically 11:28:25
basis 30:5 32:4 35:1,6,10 36:16 38:15
  48:25 56:17
bat 53:10,12
beat 53:10
beaten 53:11
became 18:3
before 1:11 3:16 12:12,15 14:22 22:6
  24:4 31:9 36:13 37:1,14,15 42:14
  51:10 53:7 54:9,23
began 53:15
beginning 16:23
begins 10:19
behalf 3:8 38:9 52:17
believe 5:2,4,17 14:19 15:5,18 19:15
  19:17 20:16 24:15 26:20,25 28:15
  31:2 32:11 33:13,21 34:19 38:2,13
  39:11 47:14 48:23 49:8 50:24 51:2
  52:7,14 53:17,23 54:9,13,18,18
  57:19
believed 31:8 54:12
believes 16:18 24:20
below 29:17 32:3 34:1 35:10 37:14
Ben 51:20
beneficiaries 52:20
besides 33:14 53:23 54:8
best 18:12
between 9:6 23:10 52:22
bill 6:17 7:13
billing 24:18 43:20,22 44:3,9
bills 7:9
birth 56:13
black 52:8
Boa 40:3
board 32:6
bond 14:12 15:6 40:2,7 46:18 49:25
born 29:19 56:10,11
both 13:21 18:7 24:9 31:4,22 32:24
  54:24
break 37:8
Brickell 1:19
brief 52:13
briefly 27:23 39:23 40:22
bring 4:7 47:17
brother-in-law's 40:10
brought 3:21 4:5 17:14
building 34:9
burden 39:22 40:18,19
business 38:2 44:18 45:1,7 47:20 49:2
businesses 34:19,20,21

**C**

C 55:13 58:5,5
calculate 27:1
calculation 27:8,13
call 6:11 7:13 38:5
called 51:20
calls 4:6,9,16,18 6:20 8:7 9:3,21,24
  12:1
came 16:5,21 23:12 29:19
card 23:20
care 14:8 36:7 38:9 44:1,2 47:25 48:17
  53:8,18,21
Carolina 5:2 9:19 14:15 25:13 34:10
  43:8,10 44:7,10 46:22 47:21 48:1
  49:4 50:8,25 51:21
carried 53:2
carrying 53:1
case 1:3 8:25 13:5 23:2 32:7 37:11
  39:5
cases 52:17
cash 24:2,2 53:1
cause 52:3
CD 17:25
ceased 14:15
Cecilia 1:11 3:2
certain 9:3 10:17 23:19

certainly 11:16 13:15,20 15:6 17:4
  19:24 47:16 49:10
Certificate 2:6
certify 58:6
chance 55:7
change 32:25 33:21,24 45:8 56:4
changed 29:10 32:12
changes 3:19
changing 37:15
characterized 28:1
check 12:8 46:2
checked 45:19
checks 51:22 52:3
children 7:7 30:9
choice 32:3
chose 32:5 51:12
church 40:11
circumstance 23:11
circumstances 22:9,18 26:24
CITATION 2:12
CitiBank 45:18
citizen 29:20
citizens 30:10
civil 14:19 38:8 39:4
claim 28:5 35:6
claiming 52:1
claims 16:10 26:1,1,6,9 33:4
clarification 25:10 31:25
clarified 31:10
clarify 8:2 31:3 34:7 42:20 48:4
classification 38:5
clear 7:14 16:2,11,24 18:12 21:19
  33:19 47:17
clearly 28:4,7,14 34:19 35:18
client 7:3 17:6 19:22 21:5 52:11
client's 21:11
code 6:21 10:17
combination 3:17 35:13
come 18:9 20:1 37:12 56:12
comes 38:4 56:2
coming 25:1 47:18
comments 22:13 51:24
communication 31:14
communications 31:20
community 10:5 56:20
companies 24:7,8 25:8,9 33:25 35:14
  35:15,17 45:3 52:14 53:15
company 4:15 6:7,23 10:8 13:22
  14:14,25,25 16:1,3 18:21 20:8
  24:14,25 25:15 34:24 38:19 39:3,10
  43:17 47:14,15 51:21 53:19
company's 34:9
compare 44:12
compelling 33:22
compensation 43:13 48:19,21 49:16
  49:17
complained 51:20
complaint 52:2
complete 55:13
completely 10:14 23:2
component 37:8,9
comprises 23:24
conceal 11:21 25:7
concealing 20:14
concealment 50:2 55:12,15 56:2
concede 32:19
conceded 29:22 30:3 34:18
concedes 40:23 56:16
concern 14:21 15:4 17:15 19:16 22:23
  39:18
concerns 20:16
conclude 58:4
conclusion 29:4
condition 3:17 5:18 40:7,8
conditions 3:17 39:23,24 40:12
conducted 32:9
confer 21:14
CONFERENCE 2:14
confers 7:5 11:14
confirmation 15:8
confusing 35:16
connected 14:19
consequently 51:13
consideration 18:11
considering 28:9,17
considers 16:9 26:24
Consultant 23:25 24:6
Consulting 48:2

contact 23:6 53:20
contained 42:13
contends 25:25 26:19
CONTENTS 2:1
continue 53:14
continues 51:2
contract 37:21
contractor 24:19 48:22
contradict 41:19
contradicted 29:12
contradiction 30:17,20
controlled 23:25 24:8,22
controls 39:25
conversation 6:20 7:4,23 9:24 10:2,16
   10:25 11:21 16:1 19:10
conversations 7:15,18,19,21 9:3,6
   10:11,14,21,24 11:3 14:16 16:25
   17:13 18:5 57:9
convincing 33:19
cooperated 52:16
cooperating 33:7 52:16
cooperation 41:13
copies 56:23
copy 34:24
corporate 6:5,23,25 7:24 16:7 18:23
   21:4 32:20
corporations 25:17
correct 5:5 12:2,3 27:4 36:9 45:24
   52:15
correctly 5:5
cost 39:3
costs 15:2
counsel 3:4,22 5:5 7:5 11:14 13:25
   14:23 16:4,8,11 21:14 22:22 26:11
   26:14,15 30:23 37:7,16 38:8,8,17
   39:4 41:5,8,10,14,25 45:25 47:5
   54:22 55:23 57:6,15,20
counseling 53:8
counsel's 55:2
country 56:12,13
counts 27:6,7,15
course 24:2,16 27:8 29:6 32:16 39:7
court 1:1,22,23 3:1,1,3,10,13,16,20
   4:8,21,24 5:9,12,14 6:11 7:3 8:3,7,9
   8:13 10:2 11:16 12:25 15:5,7,10,13
   15:15,21 16:8,12,18,20 17:3,6,19,20
   18:6,20,25 19:1,17,21,24 20:17
   21:1,16,22,24 22:5,15 26:23,23
   27:5,10,16,19,21,24 28:7,9,16,19,23
   29:4,6,13,25 30:20 32:17 34:15
   36:13 37:2 40:8,20 41:3,5,7,10,16
   41:20,23,24 42:7,11,12 43:14,23
   44:11 45:7,14,21,23 46:4,11 47:2
   48:14,16,22,22,24 49:10,11,17,21
   50:5 51:16 54:3,6,24 55:10,20
   56:23 57:1,2,7,14,17,23 58:2,10,10
courtroom 6:20
Court's 4:7 47:17
cousin 40:3
co-payment 25:22,24,25 37:22
co-payments 38:10 43:1
created 15:17,20
credibility 23:13,13 32:14,23 33:4
   41:12 53:16,24
credible 33:15,21 53:3
credit 23:20
criminal 27:2 53:11
CROSS 12:6
Cross-Examination 2:5
cross-examine 41:17
Cuba 29:19,19,23,24 30:1,6,8 56:10
Cuban 29:18 30:7 56:8,14
custodian 18:18
custody 7:7 22:16
customary 7:9
cut 16:16

D

danger 39:22 56:20
data 46:2,7
date 9:13 22:10 31:12,18 38:4 39:19
   40:24 41:4 42:3,4,8,8 58:9
dated 51:18 52:12
dates 22:19
day 13:15 40:5 57:18
days 15:9
de 27:24 28:2,9,12,15,16

debt 25:21,21 37:25 38:3,6 47:5
debts 26:7
deceit 55:14 56:1
deception 21:11
decided 47:8
decision 18:12
decision-making 21:2,10
declaration 14:10 35:2 50:15
declarations 50:12
declared 35:22,25 36:3,12,14,18 37:10
declaring 47:19
defendant 1:9,17 3:18 4:10,19,24 7:5
   7:21 9:4,6,25 10:4,12,13 11:1,14
   12:20,22 13:8 18:21 21:14 22:15
   23:5,24,25 24:16,22 25:4,5,12
   26:17 32:20 42:20 43:2,5,13,25
   44:15,16,25 45:6 46:18 47:4 48:5,7
   48:11,19 54:7,14,16,21 56:4 57:8
   57:25
defendants 25:6 41:12
defendant's 16:13 24:1,5,14 27:1 44:3
   55:5
defense 14:11 21:14 26:11,15 41:5,7
   41:10 44:13 50:24 55:2
deference 28:10
defraud 49:24
delay 22:3
delaying 15:7
denial 41:2
Department 8:21
deposit 4:14
deposited 3:25 14:1,9 45:17 46:4
depriving 40:17
describe 10:2
described 6:4
Description 2:10
Descriptions 2:15
deserve 28:10
detailed 22:25
details 22:13 23:8 40:25
detain 40:15
detention 40:9 55:3
determination 35:20 57:1
determine 13:23 17:17 20:18
determined 47:11
determines 20:24 29:7
determining 29:14
differences 29:16
different 23:3 33:1 43:9 49:4,5,18
   51:5 55:18,22
difficult 14:4
difficulty 38:19
direct 2:4 8:12 34:14 56:23
directed 18:21
directing 4:10 21:2
direction 19:10
disagree 28:25
disagreement 52:22
disclose 12:16 13:8 26:14 44:14 51:14
   51:15 57:10
disclosed 6:7,9 12:12 17:9 38:22 39:21
   47:13 50:22,25 54:22 57:6
discourage 54:1
discovered 4:3
discovery 57:5
discretion 29:7
discuss 39:23
discussed 38:17
discussion 7:6,8
discussions 13:25 14:13 23:1
disgruntled 52:4
dispensed 36:18
DISPENZIERI 1:22 58:8,9
displaying 52:25
dispute 52:21
disregard 50:1
dissipated 35:7 51:6
distributed 36:21,22
distribution 36:20
distributions 36:11
District 1:1,1,11,23 58:10
DIVISION 1:2
document 48:8 49:11,14,21
documents 24:11,13 44:5,6,6 45:6
   49:22 55:7,8,10,11,14,21
doing 40:6,6 45:4 52:3,23,24
dollars 16:6 17:5 26:12,18 34:4,13

35:4 37:16 42:23 46:20
done 29:9 33:12 46:12 53:15
down 5:3 22:24 23:7 37:8,17 40:12
   52:12
draw 34:16
drop 20:22
drug 53:8,14
during 14:16 51:18

E

E 58:5,5
each 50:23,23
earlier 6:6 7:23 50:17
early 38:7,16
earn 16:3
earned 43:7
effect 4:19
EFT 45:18 46:1
eight 8:24 40:17
either 10:12 20:17 21:19 37:22
electronic 4:2 40:9 46:8
eligible 37:23
else's 26:8 21:4
email 1:16,20,24 58:12
employed 52:13 53:5,6
employee 51:20 53:9
employees 33:7,9,13,15 43:23 53:24
   53:25 54:6,7
end 10:20 38:7
English 18:2
enhancements 27:8,14
ensure 40:5,13
entered 25:18 52:15
entire 41:25
entirely 23:16
entities 23:24 34:23 35:15,24,25 36:1
   37:9 44:2 50:10
entitled 25:24 37:20 38:3
entity 24:17,21 25:3 36:15 43:7,9,13
   44:12,18 45:1 48:10,17,18 49:4,5,5
   49:16,18 50:24 55:20
erroneous 28:4,7,14
ESQ 1:18,18
essentially 28:2
evaluation 47:6
even 14:22 18:15 29:12 32:12,25
   33:21 36:4 43:14,15,18 44:6,23
   49:22 55:11,14
evening 9:10
event 6:7 34:5
ever 29:23
every 40:5
everybody 54:11
everything 55:8
evidence 2:9 3:15 25:6 26:25 28:18
   29:5,7,8,10,11,15 32:6 33:3,20,22
   35:23 36:13 37:1,3 51:12,13
evidentiary 28:22
exact 31:18
exactly 4:23,23 17:17 22:17 27:11
   42:16
examination 2:4 8:12 12:6 31:10
example 34:22 51:1
except 41:1
Excuse 21:13 44:20
excused 15:14
Exhibit 14:11 36:10 47:19 50:24
Exhibits 2:7,8 55:5
exist 10:5
expended 35:2
expenditures 35:4
expense 26:2
expenses 7:22 19:14,18 23:19 24:18
   25:20 26:4 34:21 50:15
experience 51:22 52:3 53:7
explain 21:5
explore 18:8
exploring 54:18
expressed 54:17,20

F

F 58:5
face 52:22
facility 9:18 25:13 44:8,10
fact 13:20 15:19 19:9,10,20 12,14 21:6
   21:10 23:16 24:3,8,21 25:7 26:5
   28:12 29:14 32:19 36:19,21 37:4

38:23 39:19 42:3 45:3 47:7 50:21
   52:18 53:1,15,18
factor 21:2,9
factored 18:12
factors 26:23
facts 3:14 22:8 23:15 24:5,10 26:21
   32:7,10
factual 28:3,13,17,19,23,24
Factually 28:8
failed 13:8 52:8
fairly 21:17
fairness 42:16
family 30:2,6,8 40:1
far 43:24 45:22
father 30:7
fear 54:17,21
fearing 54:14
fears 23:3
Federal 1:22 58:10
fee 15:1 16:13 37:20,21 39:3,4,16
fellow 52:23
felt 28:21
Ferguson 51:20
few 25:15
Fifth 11:18,22,23 12:2 19:5
figure 14:18 23:17,18,23 37:7 45:8,12
   48:9,9 54:17 55:16
figures 42:20
file 25:5
filed 35:25 36:2 38:8,11 39:11,12,13
   43:10,10 58:9
filing 36:4 37:19
financial 5:18
find 17:18 19:15 31:1
finding 21:20 28:2
findings 28:4,10,12,13,17,20,23,24
first 6:8,20 8:15 17:16,22 21:16 22:21
   32:13 34:17 37:3 38:12,15 39:3
   40:1 44:8 47:23 51:14,18
five 30:1 52:12
FL 1:16,20,24 58:11
flee 34:5 50:1
fleeing 35:9
flight 39:17,18 30:6 39:22 40:13 49:25
   56:20
floating 51:23
Florida 1:1,7 14:9 38:11 48:6
followed 10:19
footnote 14:22
foreclosure 34:11
foregoing 58:6
forfeiture 47:5
forgot 42:3,7
form 44:17,25
former 51:19
forth 21:12 22:20 23:9,20
forward 20:1
found 27:7 45:18 51:23
foundation 35:11
four 29:20 30:9
Frankly 17:12
fraud 32:21 37:17
fraudulent 16:10 23:15 26:1,1,1 43:1
free 29:6
Friday 22:1 57:17
friend 40:2
from 3:13,15 4:8 8:3 11:2 12:20 14:9
   15:21 18:22 19:11 20:7 21:18 25:1
   34:16,23,24,24 35:15 36:1,6,7,19,21
   36:23 38:10 43:7,8 44:23,25 45:9
   45:12,16,25 46:7,13 47:21,25 48:2
   49:4,4,18 50:7,12,13 54:2 55:19
full 49:22
fully 40:23
fund 21:8
funds 4:2,20 6:15 9:25 10:17 14:1,2,2
   14:7,14,22,24,25 15:1,8 16:9,12
   17:8,15,17 18:22,24 19:11 21:11,3
   26:13,15,16 33:25 34:2,3,6 35:2
   35:15 37:18 38:21 39:2,4,13,16,19
   42:23,24,25 43:2,9 46:8 47:10,12
   47:13,19 50:13,22 51:5 55:22
further 6:3 11:11 25:6 36:20 49:8
   56:21

G

gain 48:2

gained 56:11
gas 7:22
gathered 22:1
gathering 18:17
General 8:22
generally 33:7
getting 14:4 25:7
get-go 45:16
give 6:16 8:10 14:5 18:7 41:10 56:23
57:8
given 27:2 32:17 33:2 38:20 51:1
53:11
giving 7:10 13:19
glad 5:22
go 10:4 16:1 29:16 30:7 33:10 54:18
55:7 57:10
goes 20:13 23:12 27:5 35:19 46:17
51:4 53:18
going 9:2 16:20 20:9 25:10 28:5 30:1
40:24 48:11 53:18,21
gone 29:23 45:21 46:9 57:23
Gonzalez 1:7 3:8 6:4 12:15 13:14 14:3
14:13,17 29:18 30:19 33:5,20 34:7
35:9,13 36:1,20,23 38:20 39:2,20
39:25 40:4 51:19 52:25 53:4,5,11
53:20,25
Gonzalez's 14:23 39:13 52:14,17 53:7
good 3:3,6,10 11:11 51:9 57:18
Goodman 3:15 23:18 24:4,11,25
25:13 26:22 27:1 37:1,15 39:24
42:18 43:7,19,21 44:14 48:8 54:23
55:18
gotten 46:20
government 1:13 3:16,19,23,24 4:7,12
4:12,14,16,18 5:24 11:5 12:1,11,14
12:18 13:15 14:3,23 15:8 16:4,8,8
16:10,17,22 17:7,8,19,23 18:4,16,19
18:23 19:6,8,12 20:12,19 21:7,8,17
22:12 23:10,11,18,21 24:12,20 25:5
25:14,16,25 26:11,13,14,19,21 27:9
27:14 28:22 29:9,15 30:3,12,15
31:15 32:3 34:1,18,23 35:1,16 39:1
39:10,11,17,19 40:15,23 41:2,13
42:2,17,24,25 43:4,24 44:23,25
45:9,11,16 46:20 47:15 49:3,20,24
50:2,18 51:2 52:1,16,17,19 53:22
54:2,10,12,22 55:4,6,9,10,13,17,21
55:23,24 56:9,13,16,16,19,23 57:3
government's 3:11,23 21:11 22:21
23:9 26:3 35:5 36:9 44:22,24 46:17
47:5 49:23
Grand 12:19
granting 15:6
grocery 7:13
grounds 53:12
guideline 27:2
guilty 27:7 32:20

H
hand 5:22
handed 41:24 49:15 51:8 52:11
handing 52:11
handled 37:6
handling 46:16
having 23:1 46:24 51:21 54:13
head 19:21
health 8:21 14:8 36:7 38:9 44:1,1 46:9
47:25 48:17 53:8
hear 3:13 8:3 21:25 22:5 42:24 56:25
heard 4:10 7:13 10:3 19:14,20 29:12
33:10 34:6 39:10
hearing 6:8 14:12 16:21,21 17:14,16
18:7,9 19:9 20:18,22 21:24 22:6
28:3 29:6,22 32:9 35:8,20 37:14,15
42:14 46:15 51:10 53:7 55:3,4 57:5
57:13 58:3
held 9:18 22:6 32:11
help 18:16
helpful 19:7
her 8:2 10:6,8,18,18 15:11 19:21 20:2
20:4,6 30:17,20,25 31:13,16,17
32:1,13 42:5,9,12,14,15
hidden 36:12 37:10 38:22
hide 57:4
hiding 35:5:21,22
him 15:6 23:7 34:5,14 35:13,21 40:15
42:22 43:2 52:18 53:9,10

himself 52:25 53:2
history 27:2 30:6
holds 19:3
home 40:9 47:2
honeymoon 30:2
Honor 8:1,12,22,24 14:4 5,23,23 5:3,8,11
5:13,16,20,21 6:19,21,22,24 7:6,15
7:22 8:1,5,5,8 11:12,13,15 12:4,5
13:14 14:10 15:12,16,23,24 16:14
17:2,21 18:14 19:5,8,13 20:15
21:13,15,23 22:4,8,17,20 24:7
26:16,20 27:4,11,18,22,22,25 28:5,8
28:15 30:25 31:16 36:9 37:14,19
40:12,19,22,23,25 41:6,9,24 42:2,16
42:19,19 43:4,18,24 44:15,19,20
45:9,15,22,24 46:6,18 48:5,13,15,16
48:25 49:7,9,11,16,20 50:9 51:8
52:10 53:7 54:4,9,13,19 55:1,16,22
56:3,8,18,21 57:3,11,16
Honorable 1:11 3:2
hospital 53:5,10,12
hospitals 53:6,14
house 15:18 39:14 40:10 47:6,8
household 7:9 19:14,18
Human 8:21
hundred 26:12 42:23
hundreds 16:6 26:18 46:20 56:3

I
Identification 2:9
identified 4:1 18:24
identifying 18:16 38:19
identities 32:18
illegitimate 51:4
illicit 16:9 26:19 43:1
immaterial 21:6
important 24:1 40:25 55:20 56:9
impose 39:25
imprecise 20:21
improperly 37:5
inaccurate 55:12
inappropriate 13:21 19:16 26:2 54:1
54:8
incarcerated 14:4 38:21
inclined 17:4
included 6:1 49:19
includes 27:8
including 22:10 23:25 24:8
income 36:3,11 38:4 47:20,24,24
48:11 49:2,3,19 55:25
incorrect 32:2 36:5 50:19 51:13
incriminating 33:5
Indeed 36:25
independent 24:19 45:5 48:21
INDEX 2:7
indicate 10:13 24:7 32:1
indicated 23:4 26:14,25 33:8
indication 6:9 10:12 29:23 30:4 33:14
34:7,13 36:17 37:5,11 40:7
indictment 31:9 35:19 39:12
individual 5:19 24:24
individually 5:17
infer 18:19
inference 16:2,2
inferences 34:15
information 4:25 5:4 13:5,6,9,23 14:6
15:4 18:17 46:7,5,15,25 54:6 57:8
informed 11:1 16:4
initial 14:23 22:22 23:17 24:4
initially 22:19
innocent 20:21
inquiry 12:12,15
Inspector 8:22
instead 34:15
instructed 10:8 20:6
instructing 10:4,6,15,18 20:4
instructions 6:12 7:10
insurance 37:22
intend 47:17
intends 32:22
intention 15:1
interrupt 31:2,4
intervening 22:2
interview 6:3 14:25 31:1,12 32:16
38:23 53:24
interviewed 5:9 30:15,16 31:9 32:15
33:8,9,13

interviews 31:5,7,8,11,17,22 32:12,25
33:12
involved 8:25 32:21
involvement 24:6
involving 9:3 14:2
IRS 43:5,20 44:4 45:4
issue 18:2 22:1 35:8,19 36:12,24,25
37:10,18 47:9,10,18 51:3
issued 13:12
issues 21:15 35:16

J
jail 4:6,9,16 9:3,5
Jane 1:18 3:7
January 14:15 34:11
jmoscowitz@moscowitz.com 1:21
job 52:23
joint 43:14
Judge 1:12,17 23:18 24:4,11,25
25:12 26:22 27:1,20 28:19 37:15
39:24 42:15,18 43:6,19,21 44:14
48:8 54:23 55:18 57:20
Judge's 16:21 18:10 28:10
Julie 2:3 8:6,17
July 22:2,2 46:15
June 1:7 22:14 23:7 30:22 52:12
Jury 12:19
just 4:8 9:2 11:7,10 13:2,4 15:23 17:5
17:6,9 19:23,25 20:1 21:25 23:22
24:2 31:3 35:5 39:23 40:22 42:20
44:7 49:14 52:8 55:10 57:4

K
keep 21:17 47:18
keeps 37:15 50:7
kid 10:20
Kim 1:14 2:4 3:5,5,12,13,14 4:23 5:2
5:11,13,16 6:19 7:15,18 8:5,8,14
11:11,15,17 12:4 15:15,16,23 16:14
17:20,21 18:14 19:4 20:12 22:8,17
27:4,7,11,16,18 20 28:15 31:2 32:1
32:21 40:21,22 41:6,9,22,24 42:2
42:10,16 43:24 44:22 45:15,22,24
46:16 47:22 48:4,5,15,16 49:3,11
49:14 52:9 54:3,4,9 57:2,3,10,15
Kim's 30:13
kind 53:16
knew 51:12
know 5:3,7,10,16,19,25 6:10,15 7:12
11:10 13:1,2,2,13 17:2,7,10 18:15
18:15,25 19:1 21:7,16 26:16 31:11
32:10 33:11,17 43:16 45:17,22,23
46:11 47:22 48:9
knowing 20:22
knowledge 30:16 32:6,14 34:14
known 10:14 26:15
knows 43:24 44:11 51:11
K-I-D 10:20
K1 36:11 48:2
K1s 47:25

L
lack 41:12,13
laid 37:19
language 18:1
large 37:9
largely 34:3
last 4:5,6 8:15 11:6 16:25 17:24 18:3,5
30:1 36:5 37:12 47:14 50:6
late 36:4 38:15
later 13:18 38:4 39:18 57:19
laundering 27:13
law 28:12
lawsuit 14:1,19 16:5 25:22,24 38:8,12
leading 32:2
learned 22:21
least 26:18 54:15
leave 40:10
led 32:1 45:18
left 56:11
legal 40:11
legitimate 26:4 34:19,20 35:18 45:7
less 4:3 18:17 24:25 34:12 43:16 45:19
46:3 47:7
let 16:16 29:16 31:1 37:18 41:11 46:18
liberty 40:17
lied

43:5 44:15 45:2 56:4
life 27:3,13
like 3:19 4:7,8,17 15:3 16:18 21:22,24
27:17 47:12 50:8 51:24 52:3,4
limited 53:16,23
limiting 55:9
line 2:10,10,15 49:1 52:12
lis 39:13 47:8
list 5:23 24:25 26:2 48:18
listed 5:14 24:14,18 45:5 48:20
listen 9:5,9,11 17:23
listened 4:6 6:19 11:25
listing 5:19
lists 5:17 49:17
little 32:6 51:11,12
living 6:14
local 51:20
locate 26:13
location 4:2 26:15
locked 40:12
long 8:23 40:2
longer 35:6
look 24:24 35:3 41:21 48:4 52:11
looked 14:10
looking 28:11 49:1
loss 25:11,14 34:22 43:15,16 48:1 49:2
lost 43:17
lot 17:23 53:10
lowest 44:11
ludicrous 53:3

M
M 1:11
made 4:19 6:10 9:6,14 12:12 16:11
17:22 18:1 23:6 30:4,13,21 32:3
33:16 36:4 37:19 38:15 41:18,19
51:16 52:2 54:11,14,16
Mafioso 53:1 54:16
Magistrate 3:15 16:20 18:10 22:7
23:18 24:11 25:12 26:22 27:1 28:3
28:10,19 29:11,13 37:1,15 39:24
42:14,17 43:19,21 44:14 48:8 55:18
57:20
Magistrate's 16:19,24
main 41:11
maintained 45:9
maintains 42:2 43:4 45:12 49:3 55:17
55:23 56:19
make 3:19 12:15 28:19 38:14 56:25
makes 53:16
making 3:19 18:12 49:20 51:24 52:2
56:9
management 35:14
mandamus 38:11,14
Manny 51:21
many 33:12 45:2 54:14
MARIE 1:22 58:8,9
Marked 2:8
market 47:6
marketing 52:19
Marshal's 47:6
material 20:24
matter 23:3 33:18 37:16 39:7,8 47:11
58:7
matters 21:19 28:5 52:10
may 5:11 7:11 11:15 14:4,10 17:13,15
17:22 22:3,13,23 30:22 36:20 38:21
41:22 47:6,7 49:9,25 50:3 51:18
maybe 6:15 9:15
mean 31:4 36:20 52:21
means 28:16,16
meant 56:13,16 57:5
Medicaid 3:24,25 14:2,9 16:5 37:12
37:23,24 38:10 42:23 45:8,11,11,13
45:25 46:8,9 47:10
medical 40:11
Medicare 16:9,10 25:21,21 26:7 34:2
34:16 35:15 37:4,17,18,20,20,21,24
37:25,25 38:8,9 44:9,13,16 45:2,10
50:13,22,23 52:20 53:20 56:3
meet 28:22
memory 31:13
mention 5:18 10:25 11:20,22 25:1
mentioned 4:18 11:7 23:5 25:4 43:15
55:23
mere 37:4
merits 18:9 28:6 35:19 51:4 55:3,24

met 39:21 40:19
Miami 1:2,7,16,20,23,24 24:14,18
    25:15 30:9 34:25,25 36:8 40:4 43:9
    43:12 44:2,12 48:6,10,18 50:21,25
    51:23 58:11,11
microphone 19:25 20:2
MidMed 24:1 34:24
might 19:6,7
million 3:25 34:2,17 35:4,10,12 37:7
    37:13,16,17 44:13 45:10,14 47:4
    50:15,16,21
millions 34:4,4,13
misleading 50:10
misreading 49:8
misrepresented 43:2 51:1
misrepresenting 44:4
missing 17:15 34:3,3,17 35:5,7 36:3,6
    39:20
misunderstand 51:3
mixed 28:12
moment 11:13 12:5
Monday 51:1
money 4:13 6:24 7:2,24 10:7 20:4,7,24
    21:8 25:4 26:12 27:12 30:5 34:8
    36:7,12 38:5 43:5,15,18,18 44:9
    45:20 46:4,21 56:5
monies 3:25 7:8 14:18,19,20 16:3,4,5
    23:24 25:1,3,7 26:9 30:4 33:25
    35:12,13,14,21,23 36:1,13,16,17,19
    36:21,22,24 37:2,3,9,10,12 38:2,17
    38:18 39:9 45:17 47:10 48:3 50:11
monitor 40:4
monitoring 40:10
month 17:1 46:11
months 14:13 40:17,17
more 6:16 11:15 13:23 19:15 46:22
    54:20 57:8
Moreover 40:9
morning 3:3,6,10,22 34:6
mortgage 7:22 11:2 15:18,22 17:11
    21:9 34:12 46:25 47:3,7
Moscowitz 1:18,18,19,19 2:5 3:7,7,7
    5:21 6:13 7:1,6,17 8:1 11:13 12:5,7
    13:11,14 15:12 16:16 17:2,12 19:13
    19:19,23 20:5,10,15 21:13,15,23
    22:4 27:21,22,25 28:8,11,21 29:2,5
    30:25 31:16 41:14,18 42:6 44:20
    46:13,19,23 47:3 48:12,25 49:7,13
    50:3,6 52:10 56:21 57:12,22,24
most 26:20
mostly 19:9
mother 30:8
motion 1:10 3:11 18:10 21:11 28:1
    44:24
motives 33:4
mouthing 53:19
move 18:22
moved 44:8
moving 19:21
much 18:16 19:1 21:22 24:25 43:16
    50:23
myself 41:11
mystery 38:24

N

name 3:4 7:1,12 8:15,18 10:9 11:20
    18:15 20:8,13 21:4 24:16 52:7,7
named 7:20 11:8
names 32:17
narrow 44:5
national 29:18 56:8,14,15
native 13:21
naturalized 29:20
nature 25:8 26:24 44:16
need 15:10 20:1 34:6
needs 19:25 47:11
negative 19:22
Net 47:25
network 14:8 24:1,6 36:7 48:2
never 20:9 30:7 33:11 45:12
new 13:15 15:21 23:17 44:20 50:20
newly 15:17,19
news 51:20
next 15:9 22:1,1 47:12 53:4 57:7 58:3
night 4:5,6 11:6 17:24 18:3,5 36:6
    nmoscowitz@moscowitz.com 1:20
nonetheless 29:2 34:20

Norman 1:18 3:7
North 5:2 9:18 14:15 25:13 34:9 43:7
    43:10 44:7,10 46:22 47:21 48:1
    49:4 50:8,25 51:21
nothing 11:11 13:21 49:7 50:20,25
not-for-profit 24:17,21 25:2 48:18
    49:15 55:20
novo 27:24 28:2,9,12,16,16
number 10:20 35:11,12 37:14 38:9
    40:1 45:13
N.E 1:15

O

oath 19:24 30:3,12 32:4 33:2 51:11
objection 15:6
obtain 17:25
obviously 12:21 17:21 55:6
occurred 16:25
occurs 31:2
OCOA 38:14
off 7:5 11:14 20:18 21:14 29:1
offense 26:24 27:12
offered 29:10
Office 1:15 8:21
officer 3:1 40:4
official 1:22 29:25 58:10
officials 46:2
Oh 25:10
Okay 22:4 31:18
once 26:15 39:15
one 3:22 4:10,14 6:1,23 8:25 9:21,24
    11:13,15 12:5 13:17 21:13 23:5
    25:16,16 26:23 31:8 32:19,21 41:11
    44:1,10 48:6,6,7 49:13 51:18 52:6
ones 44:7
One's 22:23
only 7:9 11:4 19:13 21:5 27:12 29:9
    30:1 36:13 37:1,3 40:10,18 42:19
    44:5 48:8
open 15:21
opened 17:10
operated 43:25
operating 34:20
operation 14:15
opportunity 18:8 41:17
order 15:5,7 16:19,21,24 17:4 18:10
    24:20 39:12 44:24
ordinary 7:9 34:21
organizations 45:5
other 4:17,21 7:10,19 10:21,21 11:3,3
    11:5,8 13:5,17 15:11,12 21:1 28:17
    30:14,15 32:21 33:9,13,24,25 36:15
    48:7,20 52:6,17,25 53:24,24 54:6,7
    54:13,15 55:10 56:2,12
others 33:8
otherwise 17:3 25:23 40:12 57:6
out 4:13 5:17 10:7 14:14,18,18 17:18
    20:5 21:3,20 23:19,22 25:16 26:10
    26:13 29:19 37:19 39:4,9 42:23
    46:18 52:8 53:1 56:2,5,7
outset 45:9
over 12:23 31:20 34:2 43:12 45:10
    47:4 50:14,16,21 52:18,22 57:24
overhead 34:21
overseas 30:4,5 56:17
owes 39:3,3
own 34:11,23
owned 15:19 23:24 44:22 43:13,25

P

page 2:2,10,10,13,15 3:23 31:3 44:23
    49:14
pages 49:12
paid 4:1 11:2 25:3 26:10,12 35:12,13
    35:14,21 37:3,9,22,24,25 38:3,4,6
    43:13,16 45:10,11 48:11,21 50:23
paltry 19:2
paper 53:1
papers 22:21 23:9,17,20 29:21 44:22
    45:16 54:23,23 55:9
paragraph 52:8,25 53:4
Parente 1:14 3:5 45:25 46:6,13
parking 53:10
part 17:24,24 18:2,2 25:22 41:2 49:24
participating 54:25
particular 56:18
particularly 21:10 33:15

parties 18:7 57:19
passport 29:23
password 10:18,19 13:19,22
pattern 55:14 56:1
pay 6:17 7:8 15:22 16:13 17:10 21:9
    39:2
paying 7:12
payment 4:2
payments 7:22 15:18 16:10 19:14
    23:20,20 24:14 25:17 38:12,14,15
    43:1 52:5
pays 37:21,24
PCN 24:12 44:16
pendens 39:13 47:8
pending 15:7
people 23:4 33:7 40:1 53:19,19,23
percent 25:22,24 37:22,24
perhaps 18:24
period 40:16 50:14 52:13
person 7:1,11 23:5 32:22 52:7 53:4,16
personal 5:24 6:13,14 23:21 50:11
personally 37:23
phone 9:5 11:25 15:25
phonetic 14:11
picture 49:22
piece 36:3 37:12
pile 34:8
place 17:13 31:1,5,11,17,22 32:13
    33:1,23 35:21
plaintiff 1:5 25:22
plays 10:19
plea 32:22
plead 32:20
pleading 14:22 29:24 37:19
please 3:3 8:13 41:23
Plus 41:18
PNL 34:24 35:24 44:12 50:21
PNLs 34:25 37:24 38:25 50:17,18
PNL's 35:3
point 28:1 39:9 49:20 51:5 55:2,6
pointed 25:16
police 40:4
portion 41:25
portray 49:22
portraying 54:16
posed 22:19
position 24:7 49:23 57:25
Possibly 15:23
potential 23:3
potentially 19:4
preceded 22:19
precise 14:6 38:20
precisely 16:22
premise 16:23
prepared 17:16 32:9
presence 3:18
present 3:8 6:20 17:18 27:17 32:16
    57:25
presented 3:14,15 29:5,11,12 50:9,10
    50:12 51:13
presenting 18:20 29:15 45:7
presently 3:24 4:18 16:3 18:18
presiding 3:2
presumably 6:24 18:23 26:17
presumes 27:13
previous 13:24 26:9
previously 6:9 26:22 53:6
pre-existing 15:22 17:11 30:24
pre-trial 4:25 5:4,6,6,14,18,21 6:3,6
    14:24 34:8 38:23 40:15 42:21 43:3
    46:23 55:3 56:4,6
prior 13:15 27:2 50:1,1 57:12
prisoner 30:7
private 37:22
probably 39:21 46:16
problem 16:15 18:1
Procare 24:1,6,15,16,18,22 25:1,2
    36:15,16,18,19,21,23 43:13,15,20
    43:21,23 44:2,16 48:21
procedurally 28:6
proceed 20:19
proceeded 34:15
proceedings 58:4,7
proceeds 23:16 26:1,19 43:1
produced 34:22,23
proffer 4:8,17 30:22 32:8 36:22 41:18
    42:17 48:22,24 53:22
proffered 3:20 17:17 25:14 26:22

33:11 43:19,21 53:6
proffering 30:18 31:15
proffers 22:12 24:13 26:21
profit 25:11,14 34:22
programs 53:14
proof 33:19
properly 35:24 36:14,17,18,25 37:4
    47:19 50:11,22
propose 20:17
provide 4:24 8:15 15:4 32:4 34:10
    35:17 41:3 46:14 53:25 54:6 55:7
    57:25
provided 22:11,25 23:7,17 24:11 41:5
    42:4,8 45:13 46:15
providers 38:10
provides 41:3
providing 7:21 25:18 44:5
Psychiatric 23:25 24:6 48:2
PT 57:4
publish 57:21
purchases 23:21
purpose 35:19 39:8
purposes 35:8 45:2,4 57:4
pursuant 14:1,9 38:14
pursue 33:18
Pustari 14:11
put 8:1 10:7,8,9 20:18 21:4 30:12 32:3
    32:10 35:2,23 50:22 51:11,12 57:24
putting 17:3 20:7,8,13 34:6
P.A 1:19

Q

qualify 24:21
question 11:15 16:17,22 18:6 35:20
    37:2 54:5,10
questionnaire 44:17
questions 15:11,12 16:24 18:13 32:2
    33:3
quite 39:24
quoted 44:23
quotes 44:25

R

R 58:5
raised 20:16 21:16 39:15
ran 50:14
random 13:4
range 9:13 27:2
rather 20:17
re 57:20
reached 38:13
read 32:1 51:14
really 31:14 46:17
reason 17:24 19:15 51:11
reasonably 3:17
reasons 17:23 56:19
rebutted 50:18
recall 5:16 11:4,10,18,21 54:15
recalls 7:10
receive 15:3
received 2:8 14:1,5 34:2,16,17 35:2,25
    36:7,11 38:12 45:25 46:7 47:21
    48:5,9 50:13,22 52:5 55:4
receiving 35:15 36:16 38:10 51:22
recent 14:13
recently 3:20 4:1,3
recipient 37:23
recollection 7:11 42:13,15
recommendation 56:25
reconvening 57:7
record 3:4 7:5 8:16 11:14 21:14 29:25
    29:25 53:11
recorded 8:7,8 9:3
recordings 9:5,14,18 17:21,25 56:24
    57:12,15
records 13:2,3 14:5,5 17:9 18:18 19:6
    19:7,8
recover 25:23
redacted 41:7,11,21 42:17
redirect 31:10,25
reduced 35:11
refer 9:24
reference 6:22 9:22 11:5,23 15:18,23
    15:25
referenced 6:1,5 10:22 11:9 14:24
    16:4 24:12 37:13
references 11:18 14:12 54:14,16

referred 7:21 31:7 38:22 45:15
referring 34:1
refers 25:3
reflect 56:10
reflected 37:25 38:3
refresh 42:15
refreshed 31:13
regard 22:9 28:13 29:17 30:11 33:25
  36:15 47:25 50:6 51:8 52:6
regarded 37:10
regarding 4:25 7:16,18,19,23 9:3,25
  10:16 11:3 15:16 16:5 18:13,14,17
  22:20 23:1,15 24:5,7,10 25:10
  42:19 51:21 54:11 55:16,21 56:8
Regardless 56:2
regards 11:21
reinterviewed 5:3,8 54:11
related 19:18 44:7,18 45:1
relates 19:14
relationship 25:8 44:18 45:1
relative 24:13
relayed 3:22 22:10,12,13,19,23
release 1:10 15:7 44:24
released 26:17 49:25
relevant 33:18 41:25 45:2
relying 18:19 19:9
remain 14:2
remaining 21:25 22:5
remarks 22:10,14,18
remember 40:24
remove 47:8
rent 47:24
repeat 12:13
repeatedly 51:7
reply 3:23 40:22
report 5:5,6,7,14,22 40:8 41:25 43:7
  43:18 46:24 52:11 53:13 55:25
  57:19,20
reportable 48:19
reported 1:21 30:19 44:13 46:24
  48:20 49:1,6 55:17,19
Reporter 1:22 58:10
Reporter's 2:6
reporting 43:6 52:18
reports 25:11 30:18 32:8 41:3,21
  42:10,13,17 48:11 51:8,14
represented 16:7 42:21 43:20 44:17
  46:19 51:16
representing 56:6
requested 46:13
required 4:24 29:8
requires 40:1
reschedule 18:7
reserve 18:10
reset 21:24
resided 10:6
residence 34:11
residency 56:11
resolve 39:7
respond 50:3
response 55:8,9
restraining 39:12
retired 40:4
return 24:14,17,24 25:2 36:2,7,10
  43:6,10,12,14 47:20,23 48:10,17,20
  49:6,8,15,17,18 50:7,11 55:18,19
returned 43:8
returns 35:25 36:5 45:6 50:10
revenue 44:11
reversal 28:4
review 27:24 28:2,12,16,16,24 29:3
  48:23
reviewed 11:25 22:6
revocation 1:10 44:24
revoke 28:2
right 8:4 28:10 31:4,22 41:20 45:15
  48:14 49:7 57:17 58:2
rise 3:1
risk 29:17,18 30:6 32:10 39:22 40:14
  49:25 56:20
river 51:23
Rivera 2:3 8:6,15,17 9:2 10:11,21
  11:18 40:23 42:3,7 55:5
ROBIN 1:22 58:8,9
robinc1127@aol.com 1:24 58:12
role 27:9
rolling 38:15
RPR 1:22 58:9

R-i-v-e-r-a 8:19

**S**

S 58:8
salaries 14:14
salary 52:2 44:1 47:20
sat 23:7
satisfies 40:18
savings 46:25
saying 13:10 17:3 50:7
says 5:23,24 13:14 29:21 32:8 41:14
  45:1 47:3,4 49:1
schedule 50:23
scheme 49:24 54:25
seat 8:13
seated 3:3
second 4:5,16 21:13 52:12
Secondly 6:22 25:20 43:4
SECURITY 3:1
see 30:20 33:10 40:4 41:11 43:16 50:8
  57:17
seek 27:15
seeking 21:17 27:9
seems 32:7
seen 14:10 51:9
sees 47:22
seized 18:24
select 44:7
self-interest 41:13
sent 47:13
separate 35:14
serious 33:3
seriously 53:17
served 12:19
Service 5:22 6:3 14:24
services 4:25 5:4,7,14,19 6:6 8:21
  24:18 25:18 34:8,10 35:18 36:7
  37:21 38:23 42:21 43:3 46:23 56:4
  56:6
Service's 5:6
session 3:2
set 22:20 23:9,20 39:24,24 44:5
settled 26:8
settlement 25:23
seven-year 50:14
several 7:15,18 9:21 12:19 15:9 17:5
  29:12 32:13 42:22
shelf 25:17
shelves 35:17
short 51:25
show 26:4 30:18 34:17 35:1 50:8,9,11
  55:11,24
showed 25:15,17,20 31:12 36:3 47:23
  55:12
showing 33:21 35:23 36:20 48:2 50:23
shown 35:24 36:2,16,19 51:6
shows 29:24 36:11 39:19 47:20 49:2,2
  50:21,24 56:1
side 36:11
SIDEBAR 2:14
sign 40:2
signatory 45:3
signature 24:9,23
signed 40:3 54:24
significance 20:19
significant 19:3
Significantly 46:22
signs 44:25
similarly 36:2
simply 20:21 42:3,7 49:21 51:1,5,6
since 14:4 15:19 33:6 34:11 38:21
  54:10
sit 14:7 22:24
sitting 14:17 34:8
six 40:16
solemnly 8:9
Solution 47:25
solutions 14:8 44:1,2 46:9 48:17
solvent 40:2
some 4:6 5:17 6:8,21 10:11,24 19:7
  22:3 25:3,11 26:9 30:13,22 31:9,18
  31:20 35:21 37:8 38:13,19,14 46:18
  52:21 53:13 54:17,21
somebody 52:2,13,14
someone 4:13 6:23 10:9,10 20:8,13
  21:3 32:10 52:4 53:12
something 7:13 32:8 35:4 37:16 39:18

47:11 49:5 52:24
somewhat 33:1
sons 30:9
soon 14:5 15:3 17:25 57:16
sophisticated 27:12 38:2
Sophistication 27:10,11
sorry 7:17 19:19 31:19 46:4 48:13
  54:4 57:19
sort 46:18
sound 52:3
sounds 52:4
sources 55:22
SOUTHERN 1:1
so-called 25:20
Spanish 10:15 13:20,21 18:3
speak 10:15 20:2
speakers 13:22
speaking 6:21 13:20
Special 8:6
specific 5:23 10:16 47:12
specifically 9:2 11:8 28:13 50:4
specificity 6:16 46:21
specifics 22:14
specified 20:9
specify 10:9 20:6,10
spell 8:18
spent 35:7,8 51:6
spoke 40:24 47:5
spoken 32:15
sport 10:19
stand 15:11 30:12 32:4
standard 28:3,7,15,25
standards 28:13,22
stands 23:18
starting 28:25
state 3:4 38:11,12 45:16
stated 37:8 44:17
statement 25:14 44:12
statements 4:19 22:25 25:12 30:13,18
  34:22 35:24 36:5 55:1 57:11
states 1:1,4,11,15,23 3:6,23 29:20
  30:10,10 56:11,12 58:10
Ste 1:23 58:11
stealing 52:20
Stephen 3:5
STEVEN 1:14
steven.kim@usdoj.gov 1:16
still 4:12 14:2,20 15:10 19:24 22:19
  26:16 29:2 42:24
story 33:1
Street 1:15
strength 46:17
stringent 39:25
struck 33:18
submitted 14:12 24:24 25:12 26:7
  35:1 43:6,14 48:8 49:17,21 55:11
  55:18
subpoena 13:1 18:18 19:6
subpoenaed 12:22,23 13:2,4,13 17:8
  46:1
subpoenaing 13:6
subpoenas 12:19 13:12
subsequently 5:3 22:23 31:11 45:17
subset 23:19,23 24:4
substance 41:1
substances 18:5 31:14
substantial 20:24 39:4,25 40:16
substantially 29:10 32:23
sufficient 40:13 54:12
suggest 33:2,22 34:4 37:9
suggested 20:17 34:1
Suite 1:19
summarize 27:23
summer 51:19
supplemental 47:24
suppose 18:6
supposed 40:5,6
supposedly 51:22
sureties 40:1,2
surety 40:3
swear 8:9
sworn 29:12

**T**

T 58:5,5
TABLE 2:1,12,14
take 14:14,18 19:6 20:7 28:17 29:6,14

31:17 32:9 41:20 52:20 53:18,21
taken 20:20 53:17
takes 23:19
talking 6:17 7:4,12 17:5 19:1,2,2 20:3
  20:23,23 47:19 50:13 54:2
tape 57:12
tax 24:10,13 35:25 36:2,5,6,10 43:6
  44:6 45:6 47:20 48:8 50:7,10 55:17
taxes 36:2,18 37:11
TD 11:1 12:1 19:5
technical 17:24
telephone 56:24
tell 10:24
temporary 3:9
term 24:12 56:15
terms 7:10 18:20 21:20 23:13 33:19
  43:5 44:8 45:3 46:21
testified 30:13,14 55:5 56:24
testify 8:2
testifying 42:12
testimony 8:10 20:16 29:12 30:17,21
  30:25 31:16 42:5,9
Thank 12:4 15:13 22:4 27:19,20,22
  40:19,20 58:3
their 32:17 34:10 36:4 39:21 41:12
  51:3
themselves 23:14
thing 4:16 43:22
things 4:8 23:21 25:15 33:5
think 7:14 14:11 15:9 16:14,14 17:4
  20:20 21:16 27:25 28:4 29:13,16
  32:25 33:19 35:16 39:13 51:9,10,25
  53:2,3,12 56:9
thinks 34:18
third 11:18,22,23 12:2 19:5 52:8
though 36:17
thought 19:19 31:7
thousand 17:5 26:12 42:23
thousands 16:6 26:18 46:20 56:3
threat 30:11 41:19 49:9 52:4
threatened 33:20 53:20
threatening 22:10,14 52:1 54:1
threats 23:12,13 30:13,16,18,21,24
  31:15 32:5 33:7,10,16,23 40:25
  41:1,15 51:16 54:10,11,20
three 44:7 54:15
through 10:12 16:16 25:7 29:16 55:6
  55:7
ties 30:8 39:20
time 11:10,25 14:16 18:16,25 19:7
  20:22 21:1,18,22 30:14,22 31:9,18
  31:20 37:13 38:13,15 40:2,16 50:6
  50:18
today 17:7 33:21 57:20
today's 19:9
told 5:18 10:18 14:3,23 17:7 19:22
  34:8 39:1 50:14 51:19
topic 11:11 23:3
total 13:16 37:20 50:13,15
totally 20:21
tours 24:23
transactional 46:2,7
transcript 1:10 22:6 28:20 31:3
transcription 58:7
transfer 4:2,12,13 6:22 7:24 9:25 10:7
  10:16 19:11,13 20:4 21:3,6 30:5
  37:5
transferred 20:5 35:23 36:1,14,24
  46:8
transferring 7:2
transfers 6:16 14:9
travel 29:24 30:1 56:17
trial 3:18 27:5,15 55:3,24
tried 12:8
trip 30:2
trouble 53:9
troubled 53:5
troubling 6:12,18
true 15:24 51:15,25
truth 8:10
try 27:23
trying 14:18 57:4
turn 12:23
turns 29:19 49:12
two 3:19 4:8 7:7 11:4,7,10 12:20 13:16
  15:16 19:4 26:6,6 33:14 35:16 43:9
  48:5 53:23 54:8,12,15,20 56:24
type 6:16 54:16

**typically** 6:6

**U**

**Um** 10:25
**unaccounted** 37:3
**unaware** 3:24 4:14,19,21 5:25 11:6
  12:1,14,18 23:10 47:16 56:17
**unclear** 17:13
**uncontradicted** 41:1,14,16 42:22
**under** 19:24 22:9,18 28:25 30:3,12
  32:4 33:2 37:20 38:12 51:11
**undercut** 15:19 42:4,9
**underlying** 27:12
**underscore** 49:23
**underscored** 55:14
**underscores** 26:3
**understand** 17:5,12 20:15 21:15 38:1
  38:18 41:20 47:15 52:6
**understanding** 14:7 28:11
**understood** 10:14
**under-reported** 55:25
**under-reporting** 56:5
**undisclosed** 16:18
**unidentified** 6:25 20:7
**United** 1:1,4,11,15,23 3:6 29:20 30:10
  30:10 56:11,12 58:10
**unknown** 4:11,12 15:25 21:3
**Unless** 7:11
**unredacted** 41:2
**unsolicited** 23:12
**until** 11:6 17:23 20:18 39:8 53:15
**uphold** 15:5
**upholds** 15:7
**use** 7:8 10:17 15:1 39:2,6
**used** 16:12 20:9 39:8,16 53:20 56:15
**using** 6:15

**V**

**vague** 20:17,21
**value** 29:14 34:12 47:7
**various** 53:8
**version** 35:5
**versions** 41:2,7,11
**very** 8:5 11:11 26:18 32:6 33:22 40:22
**violated** 40:7
**virtue** 42:3 56:12
**visits** 40:11,11
**vs** 1:6

**W**

**waited** 53:9
**waiting** 42:24
**want** 7:3 8:1 10:13 16:22 18:11 21:1,7
  21:8 39:7,23
**wants** 20:19 48:4
**wasn't** 23:4
**wavered** 45:12
**way** 14:18 32:8 53:2,14 56:15
**WEDNESDAY** 1:8
**week** 17:22,22 21:23 22:1 47:12 57:7
**weekend** 22:2
**weeks** 32:13
**weigh** 29:15
**weight** 26:25
**well** 6:11 8:3,5 15:24 23:4 36:20 51:10
**went** 27:15 44:10
**were** 3:25 4:6,17,20,21 6:5,9,21 7:15
  7:18,19,20 9:6,14,18,20 10:21,22
  11:5,8,8 12:12,21 13:6,12,13,20
  14:16,19 15:17,19 16:6 17:21 18:1
  19:4 22:8,11,18,19,24 24:5,10 25:3
  25:17 26:7,8,9 30:13,14,19,21,22,23
  32:5,9,10,16,17 33:7,8,9,9,12,13,15
  33:16 34:2,2,3,5,25 35:2,14,17,22
  36:1,13,14,17,21,22,24,25,25 37:3,4
  37:5,10 38:10,12,15 44:22 45:17
  46:8 50:11,15,17,19 51:5 54:10,12
  54:19 55:11,12,13,24 56:10
**weren't** 12:21,24 41:18 45:4
**whole** 28:12 38:9
**wife** 4:11 6:11,12,13,14 7:7,7,8 9:7,25
  10:4,15 11:1 13:19 18:21 21:3 24:1
  24:9,17,22 25:5 43:11,14,25
**William** 1:14 3:5
**william.j.parente@usdoj.gov** 1:17
**wish** 39:9
**wishes**

**withdrawals** 40:15 48:16,23
**withdrawals** 24:2
**withdrawn** 14:17 24:2
**withhold** 18:4
**withstanding** 31:13
**witness** 8:11 15:11,14 20:6,11 22:9,9
  22:12,13,20,21,22,23,24,25 23:1,1,4
  23:10,11 31:7,8,10,12 40:24 41:25
  42:1,4,8 54:24
**witnesses** 30:11,14,15,23 32:14,16,17
  32:20 33:4,20 51:17 52:1 54:8,14
  54:15,19,20,25
**WOLLNER** 1:18
**won** 27:15
**wonder** 21:5
**word** 10:20
**words** 10:17 21:1
**work** 8:20 38:9 51:22 52:2
**worked** 8:23
**working** 53:14
**worth** 47:2
**writing** 52:3
**wrong** 5:6 52:15 56:15

**X**

**X** 51:19 52:12

**Y**

**Yeah** 31:21
**year** 5:12 9:16 31:5,20,23 40:17 44:8,9
  44:9 46:11 47:14 50:23,24,25
**years** 8:24 26:9 29:20 30:2 44:11
**yesterday** 9:10 36:4

**$**

**$1** 47:4
**$1.2** 3:25 45:14
**$1.28** 37:13,17 45:11
**$10.3** 35:10
**$100** 4:3 45:19 46:3
**$138,141** 48:1
**$15,000** 5:24 6:15 34:9 42:21 46:22
  46:24 56:7
**$150,000** 36:6 43:8 48:19 49:6
**$156,000** 36:12 43:7,9 47:20 48:3
  49:2 50:7
**$20** 34:2,17
**$228** 45:10
**$26** 50:14
**$27** 50:16
**$3,000** 13:17
**$370,000** 43:12
**$378,000** 24:15 43:16 48:21
**$4** 50:21
**$4.4** 44:13
**$410,000** 47:1,4
**$450,000** 34:12
**$5,000** 13:17
**$5.3** 35:11 37:7
**$500,000** 19:3
**$502,000** 24:3
**$56,000** 47:25
**$73,000** 46:25
**$750,000** 47:3
**$8,000** 13:16 17:10 19:2
**$89,519** 48:3

**1**

**1** 22:9,12,20,22,24,25 23:10 31:8
  40:24 42:1,4,8 55:5
**1's** 22:21 31:12
**1.28** 45:8
**10.3** 23:17,19,23 24:4
**10:00** 57:22
**1040** 49:2
**1099** 48:10,12
**1099s** 48:5
**11:20** 58:4
**1111** 1:19
**12** 49:1 52:12
**12th** 22:14 23:7
**12-20291-CR-CMA** 1:3
**13** 14:11
**15th** 22:13,23 51:18
**150** 48:7,9 55:16,19
**156** 48:7,9 49:4,18 55:16,17

**17** 2:3,4
**1983** 29:21
**1994** 29:21

**2**

**2** 22:9,13 23:1,1,4,11 38:21 41:25
  54:24
**2nd** 5:11 14:4
**20** 25:21,24 37:21
**2004** 53:15
**2008** 15:19 24:12,13,17,24 25:2,13,14
  34:23,24 36:6,23 38:5,6,7 43:6 44:6
  44:12 48:6,10,17 49:6,15,22 55:10
  55:11,14,19,25
**2009** 38:7
**2010** 26:8 30:2 31:1 38:13
**2011** 14:15,16 26:8 30:14,21 31:18
  38:16 51:19
**2012** 1:7 38:16
**2050** 1:19
**21** 2:5
**22** 55:6
**27** 1:7 35:3

**3**

**3** 3:23
**305.379.8300** 1:20
**305/523-5659** 1:24 58:11
**33128** 1:24 58:11
**33131** 1:20
**33132** 1:16
**339** 44:17,25
**360** 27:3,13
**38** 31:3

**4**

**4** 50:24
**4th** 1:15 22:2
**400** 1:23 58:11

**5**

**5** 37:16
**5.8** 23:19,23
**5/2** 9:15
**5/8** 9:15
**58** 2:6

**6**

**6** 10:20 22:2 44:23 46:15

**7**

**7** 36:10 47:19 49:12,14

**8**

**8** 49:12,14
**8S67** 1:23 58:11
**80** 37:24

**9**

**9:00** 22:2
**9:30** 1:8
**99** 1:15