<u>United States vs. Armando Gonzalez</u>
Case No. 12-20291-CR-CMA

**AGREED FACTUAL BASIS FOR GUILTY PLEA**

Beginning in approximately November 2004 and continuing through approximately March 2011, in Miami-Dade County, Florida and Henderson County, North Carolina and elsewhere, the defendant, ARMANDO GONZALEZ (hereinafter "GONZALEZ"), knowingly and willfully conspired with others to commit health care fraud, in violation of Title 18, United States Code, Section 1349. Beginning in approximately March 2010 and continuing through approximately December 2010, in Miami-Dade County, Florida and elsewhere, GONZALEZ conspired with co-defendant, John Thoen, to knowingly conduct financial transactions affecting interstate commerce involving the proceeds of health care fraud, knowing that the transactions were designed in whole or in part to conceal and disguise the nature of the proceeds, in violation of Title 18, United States Code, Sections 1956(h) and 1956(a)(1)(B)(i).

In the State of Florida, Health Care Solutions Network, Inc. ("HCSN-FL") operated community mental health centers ("CMHC") at three Miami-Dade County locations to include: 19355 South Dixie Highway; 10406 S.W. 186th Terrace; and 13155 S.W. 134th Street. In the State of North Carolina, Health Care Solutions Network, Incorporated of North Carolina ("HCSN-NC") operated a CMHC at 170 Old Naples Road, Hendersonville, North Carolina. Both HCSN-FL and HCSN-NC purported to provide partial hospitalization programs ("PHP") services to individuals suffering from mental illness.

GONZALEZ was the Director and President of HCSN-FL and the Chief Executive Officer of HCSN-NC. Gonzalez was also President of a Florida Corporation, Psychiatric Consulting Network, Inc., (PCN) a conduit to conceal HCSN health care fraud proceeds. At all times material hereto, GONZALEZ was the leader and organizer of a health care fraud conspiracy at both HCSN-FL and HCSN-NC.

In Florida, GONZALEZ utilized patient recruiters to solicit Medicare and Medicaid beneficiaries from Miami-Dade County Assisted Living Facilities ("ALF") to attend HCSN-FL. Utilizing patient recruiters and his relatives, GONZALEZ would pay cash kickbacks to ALF owners in exchange for beneficiary information in order to submit claims to Medicare and Florida Medicaid. The beneficiaries included individuals suffering from mental retardation, dementia and Alzheimer's disease who could not benefit from PHP services. In furtherance of the health care fraud scheme, GONZALEZ caused payments of cash kickbacks to his co-conspirators, Daniel Martinez, Ivon Perez and Raymond Rivero as well as several other ALF owners in Miami, Florida.

1

At GONZALEZ's direction, HCSN-FL therapists and other personnel engaged in routine fabrication of therapy notes and other medical records that were then utilized to support false and fraudulent claims to government sponsored health care benefit programs, including Medicare and Florida Medicaid. At HCSN-FL, many of the medical records were fabricated weeks or months after the patients were admitted to the CMHC for purported PHP treatments.

At HCSN-NC, GONZALEZ orchestrated a similarly sophisticated health care fraud scheme that relied heavily on a core group of former HCSN-FL employees and co-conspirators. GONZALEZ would rely on this core group of co-conspirators to fabricate and falsify medical records in response to audits by government sponsored health care programs, including Medicare. At HCSN-NC, therapists and other personnel would also routinely fabricate therapy notes and other medical records in support of false and fraudulent claims to the Medicare program, including medical records documenting therapy sessions that never occurred.

Through "marketers" and other HCSN-NC personnel, GONZALEZ caused the routine admission of ineligible PHP beneficiaries, including individuals suffering from mental retardation, dementia and Alzheimer's disease who could not benefit from PHP services. HCSN-NC personnel routinely provided patients with cigarettes as an incentive for their attendance. HCSN-NC therapists would sometimes resort to showing movies and then fabricate corresponding therapy notes as if legitimate mental health services were provided to the patients.

At GONZALEZ's direction, a HCSN-NC employee would provide a medical biller with patient census information used to support fraudulent Medicare claims. For example, HCSN-NC would routinely submit fraudulent PHP claims for Medicare patients who were not even present at the CMHC on the days the PHP services were purportedly rendered.

During the time GONZALEZ owned and operated HCSN-FL and HCSN-NC, GONZALEZ and his co-conspirators submitted approximately $63,745,000 in false and fraudulent claims to the Medicare and Florida Medicaid programs.

PCN was a Florida corporation with the following addresses in Miami, Florida: 10406 S.W. 186th Terrace, Miami, Florida 33157, and 15160 S.W. 136th Street, Miami, Florida 33196. PCN was a shell entity that purportedly determined the necessity and appropriateness of care rendered at HCSN. In reality, PCN was a conduit that GONZALEZ utilized to launder HCSN health care fraud proceeds in an amount between $400,000 and $1,000,000.

In 2010, GONZALEZ reached an agreement with co-conspirator, John Thoen, to become president of PCN and for Thoen to become a signatory on a PCN Chase bank account. GONZALEZ then directed Thoen to write PCN checks to GONZALEZ and his co-conspirators utilizing the proceeds generated from the HCSN health care fraud conspiracy.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for a guilty plea to the charges against me. It does not include all the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily because I am in fact guilty of the crimes charged in Counts 1 and 11 of the Indictment in Case No. 12-20291-CR-CMA.

Date: 12/16/12

_____
ARMANDO GONZALEZ
Defendant

Date: 12/16/12

_____
JOAQUIN PEREZ
Attorney for the Defendant