**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Criminal Case No.: 12-20291-ALTONAGA**

**UNITED STATES OF AMERICA**

vs.

**ARMANDO GONZALEZ,**

        **Defendant.**

**GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
PURSUANT TO FED. R. CRIM. P. 35**

Pursuant to Federal Rule of Criminal Procedure 35, the United States of America, by and through the undersigned Trial Attorney, hereby moves for a sentence reduction for the Defendant, Armando Gonzalez ("Gonzalez"), in order to reflect his substantial assistance in the criminal investigation and prosecution of others. In support of this motion, the government states the following:

1. On April 26, 2012, a grand jury sitting in the Southern District of Florida returned a 23-Count Indictment, charging Gonzalez, along with eight co-conspirators, with conspiracy to commit health care fraud, health care fraud, and conspiracy to commit money laundering (*United States v. Armando Gonzalez, et al.*, Case No. 12-CR-20291-Altonaga).

2. On December 17, 2012, Gonzalez pled guilty to Counts One and Eleven of the Indictment for his role in a health care fraud and money laundering scheme involving Health Care Solutions Network, Inc. ("HCSN").

3. On February 26, 2013, the Court sentenced Gonzalez to 168 months in prison.

4. Based on the facts of this case, as will be detailed at Gonzalez' Rule 35 hearing, Gonzalez' assistance warrants a reduction in sentence under Fed. R. Crim. P. 35.

5. Gonzalez has provided the Government with substantial assistance and as a result of this assistance the Government recommends a thirty-seven percent (37%) reduction in his sentence.

                Respectfully submitted,

                WILFREDO FERRER

By:   */s/ Allan J. Medina*
       Court No.   A5501748
       Trial Attorney
       Criminal Division, Fraud Section
       Bond Building
       1400 New York Avenue
       8th Floor, Rm 8404
       Washington, DC 20005
       (202) 514-4472 (office)
       (202) 257-6537 (cell)

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on September 22, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Dated: September 22, 2015

                /s/ *Allan J. Medina*
                Court No.   A5501748
                Trial Attorney
                Criminal Division, Fraud Section
                Bond Building
                1400 New York Avenue
                8th Floor
                Washington, DC 20005
                (202) 514-4472 (office)
                (202) 257-6537 (cell)