UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-20291-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**ARMANDO GONZALEZ**,

    Defendant.
_____/

### ORDER

THIS CAUSE came before the Court on October 9, 2015 for a hearing on the Government's Motion for Downward Departure Pursuant to Fed. R. Crim. P. 35 [ECF No. 651], and Defendant's Motion in Support of Sentence Reduction [ECF No. 656]. After careful consideration of the parties' Motions, a review of the file, and the statements made in open court regarding this Defendant's level of cooperation as compared to the cooperation provided by several of his Co-Defendants, the Court finds it appropriate to grant the Motions and reduce Defendant's sentence in recognition of the cooperation he has provided the Government in the prosecution of others.

Being fully advised, it is **ORDERED AND ADJUDGED** that the Motions **[ECF Nos. 651 and 656]** are **GRANTED**. An amended judgment will be entered separately.

**DONE AND ORDERED** in Chambers at Miami, Florida this 9th day of October, 2015.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record