UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20291-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**ARMANDO GONZALEZ**,

    Defendant.
_____/

### ORDER

THIS CAUSE came before the Court on Magistrate Judge Berry L. Garber's Report and Recommendation on the CJA Voucher submitted by attorney Joaquin Perez ("Report"), entered on February 12, 2016 [ECF No. 672]. Attorney, Joaquin Perez, has not filed any objections to the Report. Therefore, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 672]** is **AFFIRMED AND ADOPTED**. The Court finds that the total amount of $7,856.90 is necessary and reasonable to appropriately compensate Mr. Perez for time and effort expanded in his defense of the Defendant.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of March, 2016.

                                                **CECILIA M. ALTONAGA**
                                                **UNITED STATES DISTRICT JUDGE**

cc: counsel of record